

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>**JONATHAN HADNOTT, JESSIE HADNOTT,**<br>**and KEVIN HUNT,**<br><br>                Plaintiffs,<br><br>   v.<br><br>**UNKNOWN UNNAMED OFFICERS OF THE**<br>**CHICAGO POLICE DEPARTMENT, and**<br>**CITY OF CHICAGO,**<br>                Defendants. | Number:<br><br>07CV 6754<br>JUDGE COAR<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Plaintiffs JONATHAN HADNOTT, JESSIE HADNOTT, and KEVIN HUNT**

FILED
NOV 30 2007 NR
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Irene K. Dymkar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Irene K. Dymkar |
| FIRM |
| Irene K. Dymkar |
| STREET ADDRESS |
| 300 West Adams, Suite 330 |
| CITY/STATE/ZIP |
| Chicago, IL 60606-5107 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 90785719 | (312) 345-0123 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ | |