# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case | 07 C 6754 |
|---|---|---|

JONATHAN HADNOTT, JESSIE HADNOTT, and KEVIN HUNT,

Judge Coar
Magistrate Judge Schenkier

v.

UNKNOWN UNNAMED OFFICERS OF THE
CHICAGO POLICE DEPARTMENT, and
CITY OF CHICAGO.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE CITY OF CHICAGO, ON BEHALF OF DEFENDANTS UNKNOWN CITY OF CHICAGO POLICE OFFICERS.

| |
|---|
| NAME (Type or print)<br>ASHLEY C. KOSZTYA |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Ashley C. Kosztya |
| FIRM Corporation Counsel |
| STREET ADDRESS 30 N. LaSalle Street Suite 1020 |
| CITY/STATE/ZIP Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06274884 | TELEPHONE NUMBER<br>(312) 744-9332 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |