IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JONATHAN HADNOTT, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6754 |
| | ) | |
| v. | ) | |
| | ) | Judge David H. Coar |
| **CITY OF CHICAGO, et al.,** | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

### CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD

Defendant City of Chicago ("City"), by Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully requests that this Honorable Court grant an extension of time up to and including February 4, 2008 in which to answer or otherwise plead to Plaintiff's Complaint at Law. In support of this motion, the City states as follows:

1. On November 30, 2007, Plaintiffs filed a Complaint in this action containing claims brought pursuant to 42 U.C.S. § 1983 alleging violations of Plaintiff's constitutional rights. That same day, the City was served with summons. On December 3, 2007, Plaintiffs filed their First Amended Complaint.

2. On January 14, 2008, undersigned counsel for the City, Ashley C. Kosztya, was assigned to this matter. That same day she filed her appearance.

4. Upon review, undersigned counsel became aware that the City's answer or other pleading to the Plaintiff's Complaint was due in December of 2007.

5. As undersigned defense counsel has only recently been assigned to defend this

case, she now requests additional time to answer as she must examine the file, confer with her client and draft an answer to Plaintiff's Complaint.

6.  This motion is Defendant's first request for an extension of time to answer or otherwise plead.  Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

**WHEREFORE**, Defendant City of Chicago, respectfully requests that it be given until February 4, 2008 to answer or otherwise plead to Plaintiff's First Amended Complaint.

Respectfully submitted,

MARA S. GEORGES
CORPORATION COUNSEL

BY:  /s/ Ashley C. Kosztya
ASHLEY C. KOSZTYA
Assistant Corporation Counsel
Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-9332
Attorney No. 6274884