THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN HADNOTT, et al., ) | |
| ) | |
| Plaintiffs, ) | 07 C 6754 |
| ) | |
| v. ) | |
| ) | Judge David H. Coar |
| CITY OF CHICAGO, et al., ) | |
| ) | Magistrate Judge Schenkier |
| Defendants. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Coar, or before such other Judge sitting in his place or stead, on the 22nd day of January, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 14th day of January, 2008.

> MARA S. GEORGES
> CORPORATION COUNSEL
> CITY OF CHICAGO
>
> BY:   /s/ Ashley C. Kosztya
> ASHLEY C. KOSZTYA
> Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332
Attorney No. 6274884

## CERTIFICATE OF SERVICE

I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 14th day of January, 2008.

> /s/ Ashley C. Kosztya
> ASHLEY C. KOSZTYA