**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | | |
|---|---|---|
| In the Matter of | Case | 07 C 6754 |
| JONATHAN HADNOTT, JESSIE HADNOTT, and KEVIN HUNT, | Judge Coar  Magistrate Judge Schenkier | |
| v. | | |
| UNKNOWN UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO. | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE CITY OF CHICAGO, ON BEHALF OF DEFENDANTS UNKNOWN CITY OF CHICAGO POLICE OFFICERS.

| |
|---|
| NAME (Type or print)  MELANIE PATRICK NEELY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Melanie Patrick Neely |
| FIRM Corporation Counsel |
| STREET ADDRESS 30 N. LaSalle Street Suite 1020 |
| CITY/STATE/ZIP Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06237845 | TELEPHONE NUMBER  (312) 744-5114 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |