**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division**

Jonathan Hadnott, et al.

          Plaintiff,

v.

Unknown Unnamed Officers of the Chicago Police Department, et al.

          Defendant.

Case No.:
1:07−cv−06754

Honorable David H. Coar

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

    MINUTE entry before Judge David H. Coar : MOTION by Defendant City of Chicago for extension of time to file answer the amended complaint is granted. The date for filing the answer to the amended complaint is extended to 2/4/2008. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.