UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, and KEVIN HUNT, | ) ) ) |
| Plaintiffs, | ) Case No. 07 C 6754 ) |
| v. | ) Judge David H. Coar ) |
| UNKNOWN UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, | ) Magistrate Judge Schenkier ) ) ) |
| Defendants. | ) |

**REPORT OF PARTIES' PLANNING CONFERENCE**

Pursuant to this Court's order and Rule 26(f), Irene K. Dymkar representing plaintiffs and Ashley C. Kosztya and Melannie Patrick Neely representing defendant City of Chicago met on January 31, 2008:

(1) To discuss the nature and basis of their claims and defenses;

(2) To discuss the possibilities for a prompt settlement or resolution of this case;

(3) To make or arrange for the disclosures required under Rule 26(a)(1); and

(4) To develop a discovery plan.

To that end, the parties propose the following:

A. The issues in this case may be simplified by taking the following steps:

1. First, defendants have to determine the identity of the individual officers. At that point, additional attorneys will appear in this case to represent those individual officers. The issues cannot be determined by defendants until this occurs.

B. The parties do not anticipate a need to modify the discovery requirements of the Federal Rules of Civil Procedure or Local Rules in order to expedite discovery:

C. Discovery will be needed on the following subjects:

    1. The nature and circumstances of the stop and arrest of plaintiff Jonathan Hadnott.

    2. The nature and circumstances of the search of the Hadnott home.

    3. The nature and circumstances of the detainment of Jesse Hadnott and Kevin Hunt.

    4. The nature and extent of damages.

D. Discovery should not be conducted in phases.

E. Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes_____ No___X____

F. The parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

G. The parties have discussed the possibility of alternative dispute resolution and concluded that this method is not appropriate in this case.

H. The parties have discussed a prompt settlement or other resolution of this matter, but believe that attempts at settlement would be premature at this point. Defendants need to determine the identity of the individual officers first. Thus, plaintiffs have not made a written demand and defendants have not made an offer.

I. The Court should consider the following methods of expediting the resolution of this matter: Plaintiffs suggest an early settlement conference in this case, once the individual officers are identified.

Dated: January 31, 2008

    /s Irene K. Dymkar                      /s Ashley C. Kosztya
      Irene K. Dymkar                        Ashley C. Kosztya
      Attorney for Plaintiffs               Attorney for Defendants

Judge Coar
United States District Judge