UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, and KEVIN HUNT, | ) ) ) |
| Plaintiffs, | ) Case No. 07 C 6754 ) |
| v. | ) Judge David H. Coar ) |
| UNKNOWN UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, | ) Magistrate Judge Schenkier ) ) ) |
| Defendants. | ) |

**PROPOSED SCHEDULING ORDER BY PLAINTIFFS**

This proposed scheduling order is submitted *by plaintiffs only*. Defendants cannot commit to a scheduling order until they first determine the identity of the individual officers. At that point, additional attorneys will appear in this case to represent those individual officers. The issues cannot be determined by defendants until this occurs.

**1. Discovery**

The following time limits and deadlines shall be applicable:

A.   All disclosures required by Rule 26(a)(1) shall be made on or before March 4, 2008.

B.   Any amendments to pleadings or actions to join other parties shall be filed on or before June 5, 2008.

C.   Plaintiffs' suggestion for a fact discovery cut off date is July 7, 2008. Defendants are unable to determine a reasonable fact discovery cut off date because individual police officers have not been identified.

D.   Plaintiffs do not anticipate retaining the services of an expert in this case.

**2. Motions**

Any dispositive motions to be filed on or before August 20, 2008.

**3. Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before _____.

The final pretrial conference will be held on _____ at _____.m. (This date and time will be set by the Court at the Rule 16 conference.)

**4. Trial**

Trial is set in this matter on _____ at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference.)

**5. Status Hearings**

A further status hearing/preliminary pretrial conference should be held on _____.

Dated: January    , 2008                    _____
                                            Judge Coar
                                            United States District Judge