UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN HADNOTT, et al., | ) | |
| | ) | 07 C 6754 |
| Plaintiffs, | ) | |
| | ) | Judge David H. Coar |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| UNKNOWN UNNAMED OFFICERS | ) | |
| OF THE CHICAGO POLICE | ) | |
| DEPARTMENT, and CITY OF | ) | |
| CHICAGO, | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFFS' FIRST AMENDED CIVIL RIGHTS COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 4th day of February, 2008.

               MARA S. GEORGES
               CORPORATION COUNSEL
               CITY OF CHICAGO

BY:  **/s/ Ashley C. Kosztya**
    ASHLEY C. KOSZTYA
    Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332
Attorney No. 6274884

### CERTIFICATE OF SERVICE

I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED CIVIL RIGHTS COMPLAINT** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 4th day of February, 2008.

               **/s/ Ashley C. Kosztya**
               ASHLEY C. KOSZTYA