# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Jonathan Hadnott, et al.

                              Plaintiff,

v.

                              Case No.: 1:07−cv−06754

                              Honorable David H. Coar

Unknown Unnamed Officers of the Chicago Police Department, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

    MINUTE entry before Judge David H. Coar :Monday 1/19/2009 falls on a holiday, the trial will commence on Tuesday, 1/20/2009. Jury Trial set for 1/20/2009 at 10:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.