## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jonathan Hadnott, et al.

                                                            Plaintiff,

v.                                                                          Case No.:
                                                                            1:07−cv−06754
                                                                            Honorable David
                                                                            H. Coar

Unknown Unnamed Officers of the Chicago Police
Department, et al.

                                                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

        MINUTE entry before Judge Honorable David H. Coar:Status hearing held on
4/22/2008. Parties to revert to schedule. All discovery disputes and all discovery motions
are referred to the Magistrate Judge.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.