**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jonathan Hadnott, et al.

                                                   Plaintiff,

v.                                                                        Case No.:
                                                                      1:07−cv−06754

                                                                      Honorable David
                                                                      H. Coar

Unknown Unnamed Officers of the Chicago Police
Department, et al.

                                                   Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: all discovery motion and all discovery disputes.(pm, )Mailed notice.

Dated: April 25, 2008

                                                                                            /s/ David H. Coar

                                                                       United States District Judge