**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jonathan Hadnott, et al.

                  Plaintiff,

v.

Unknown Unnamed Officers of the Chicago Police Department, et al.

                  Defendant.

Case No.: 1:07−cv−06754

Honorable David H. Coar

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before Judge Honorable Sidney I. Schenkier: Status hearing held and continued to 6/12/08 at 9:00 a.m. Defendant is to provide a opportunity for the plaintiffs to view photo array of all White or Hispanic officers, plain cloth and uniform, that were assigned or detailed to the districts and shifts involved at the time of the incident in question by 5/29/08. No one is allowed in the room with the plaintiffs while they are viewing the photo array. Each plaintiff is to view the photo array separately. The defendant is to provide to the plaintiffs the attendance and assignment sheet, for the officers assigned to the district and time shifts in which the incident happened, 2 days after the plaintiffs view the photo array. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.