UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, and KEVIN HUNT, | ) ) ) |
| Plaintiffs, | ) Case No. 07 C 6754 ) |
| v. | ) Judge David H. Coar ) |
| UNKNOWN UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, | ) Magistrate Judge Schenkier ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   Ashley C. Kosztya
      City of Chicago, Department of Law
      30 N. LaSalle, Suite 1020
      Chicago, IL 60602

  PLEASE TAKE NOTICE that plaintiffs shall appear before Judge David H. Coar on the 21st day of May, 2008, at 9:00 AM, or as soon thereafter as counsel may be heard, and then and there present plaintiffs' MOTION FOR LEAVE TO AMEND COMPLAINT.


Dated: May 16, 2008                     /s  Irene K. Dymkar
                                            Irene K. Dymkar


Irene K. Dymkar
Plaintiffs' Attorney
300 W. Adams Street, Suite 330
Chicago, IL 60606-5107
(312) 345-0123

## CERTIFICATE OF SERVICE

      I, Irene K. Dymkar, an attorney, certify that on the 16th day of May, 2008, a copy of this notice, as well as the motion of which it gives notice, were served upon the attorney for defendants named above through the Court's electronic filing system.

Dated: May 16, 2008                                          /s  Irene K. Dymkar
                                                                                                Irene K. Dymkar