# Exhibit A

*Hadnott v. Unknown Unnamed Officers of the Chicago Police Department, et al.*
07 C 6754



City of Chicago
Richard M. Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

Employment and Policy Litigation
Suite 1020
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-5100
(312) 744-3989 (FAX)
(312) 744-5131 (TTY)
http://www.cityofchicago.org

**VIA FACSIMILE**

February 13, 2008

Irene K. Dymkar, Esq.
300 West Adams Street, Ste. 330
Chicago, Illinois 60606

**Re:**   **Hadnott v. City of Chicago, et al.  07 C 6754**

Dear Ms. Dymkar:

In light of Judge Coar's inquiry during our recent status conference
regarding identifying the unknown officers, we write to request whatever
identifying information your clients have that is not included in the current
complaint that might assist in our efforts to identify the unknown officers.
For example:

1.    What are the physical descriptions of the three officers whom
      Plaintiff Jonathan Hadnott alleges stopped him at or near West 56th
      Street and South Racine Avenue on December 4, 2006 (*e.g.*, race,
      gender, hair color, hair length, eye color, height, weight, salient
      characteristics such as tattoos or facial hair)?

2.    What type of clothing were these three individuals wearing at the
      time they allegedly stopped Jonathan Hadnott on the date and
      location noted above?  Were they in uniform (and if so, please
      describe them) or were they wearing civilian clothing (if so, please
      describe)?

3.    What type of vehicle did Plaintiff Jonathan Hadnott get into with
      the individuals purported to be officers on December 4, 2006?
      Was it a marked squad car or some other type of vehicle?  If it was
      a marked squad, did your clients obtain the vehicle number of the
      car?

4.    Did the same three of the officers enter the residence located at
      7322 South Green Street?  If not, how many of them did?  What
      were the physical descriptions of any other officers who allegedly
      entered?



BUILDING CHICAGO TOGETHER

DEFENDANT'S
EXHIBIT
A 1



5.    Do your clients have any other information that will assist us in identifying the unknown defendants who are named in the First Amended Complaint?

Please provide this information as soon as possible. If you have any questions or wish to discuss this matter, please feel free to contact us.


Sincerely,


Ashley C. Kosztya
Assistant Corporation Counsel
(312) 744-9332

Melanie Patrick Neely
Assistant Corporation Counsel
(312) 744-5114

# Fax Confirmation Report

Date/Time      : FEB-13-2008 12:38PM WED
Fax Number     : 312 744 3989
Fax Name       : Department of Law
Model Name     : WorkCentre 4150

Total Pages Scanned:          3

| No. | Remote Station | StartTime | Duration | Page | Mode | Job Type | Result |
|-----|----------------|-----------|----------|------|------|----------|--------|
| 001 | 98533489 | 02-13 12:37PM | 00'30 | 003/003 | EC | HS | CP |

Abbreviations:
HS:Host Send        PL:Polled Local    CP:Completed          TS:Terminated by System
HR:Host Receive     PR:Polled Remote   FA:Fail               RP:Report          G3:Group3
WS:Waiting Send     MS:Mailbox Save    TU:Terminated by User EC:Error Correct   MP:Mailbox Print

## Fax Transmission
City of Chicago - Department of Law

Fax 312-744-3989

| To: | Irene K. Dymkar, Esq. | Fax No: | 312-853-3489 |
| Date: | February 13, 2008 | Pages: | 3, including cover sheet |
| From: | ACC Ashley C. Kosztya | Direct No: | 312-744-8332 |
| Subject: | Hadnott v. City, et al., 07 C 6754 | | |

Comments:

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via United States Postal Service. Thank you.

*Irene K. Dymkar*
*Attorney at Law*
**300 West Adams, Suite 330**
**Chicago, IL 60606-5107**
(312) 345-0123
fax (312) 853-3489
*dymkarlaw@ameritech.net*

March 15, 2008

**Delivered by fax and mail**
Ashley C. Kosztya
City of Chicago, Department of Law
30 N. LaSalle, Suite 1020
Chicago, IL 60606

Melanie Patrick Neeley
City of Chicago, Department of Law
30 N. LaSalle, Suite 1020
Chicago, IL 60606

Re: Hadnott v. City of Chicago, 07 C 6754

Dear Counsel:

You have asked me to obtain more of a description of the three police officers who are the subject of this lawsuit involving the Hadnott family. Here is what I have:

1) car - unmarked, dark-colored (but not black) Chevy-type car, equipped with a police computer

2) officers - 3 white, clean shaven, plain clothes officers in one vehicle, wearing jeans and sweatshirts, one wearing a baseball cap

1 - about 6'2", 160 - 170 lbs., about 30 years old

2 - about 6'2", 175 - 185 lbs., about 30 years old

3 - about 5'9", 165 - 175 lbs., in his 20's

All three officers entered the Hadnott home.

It seems to me that defendants would have called in to check for warrants or investigative alerts. Since they were concerned about guns, defendants also would have done a check for a firearms ownership identification card. Just the mere fact that there were three officers assigned to the same unmarked car should make identifying the officers easier.



DEFENDANT'S EXHIBIT
A2

If you are not able to identify the officers, then I will consider adding a *Monell* claim regarding failure to supervise and train. It is astounding that the police could stop someone on the street, place him in a police vehicle, transport him to a residence, and enter and search a home, detaining people inside, but there would be no trace of this police activity and, hence, no accountability.

If there is anything to discuss before court this week, please feel free to call.

Sincerely,

Irene K. Dymakr



**City of Chicago**
Richard M. Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

Employment and Policy Litigation
Suite 1020
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-5100
(312) 744-3989 (FAX)
(312) 744-5131 (TTY)
http://www.cityofchicago.org

**VIA FACSIMILE**

March 17, 2008

Irene K. Dymkar, Esq.
300 West Adams Street, Ste. 330
Chicago, Illinois 60606

**Re:    Hadnott v. City of Chicago, et al.  07 C 6754**

Dear Ms. Dymkar:

We are in receipt of your letter dated March 15th containing the description of the individuals whom your clients allege are the unknown officers. At this point in time, as there is no information in our client's possession pertaining to the allegations present in this lawsuit, we ask that all three of your clients separately examine a photo array in order to determine which (if any) of the officers from the 7th or 9th Districts are the unknowns in question.

We are available to conduct these photo arrays on either of two days:

- April 2, 2008 between the hours of 9:00 a.m. to 12:00 p.m.
- April 7, 2008 between the hours of 9:00 a.m. to 2:00 p.m.

If your clients are unable to make these dates, please provide us with a list of at least three dates and times you will be available to accompany them to Police Headquarters after April 7th for the photo arrays.

Sincerely,

*a.C. Kosztya*

Ashley C. Kosztya
Assistant Corporation Counsel
(312) 744-6922



BUILDING CHICAGO TOGETHER



DEFENDANT'S
EXHIBIT

A 3



# Fax Confirmation Report

```
Date/Time      : MAR-17-2008 11:33AM MON
Fax Number     : 312 744 3989
Fax Name       : Department of Law
Model Name     : WorkCentre 4150
```

Total Pages Scanned:            2

| No. | Remote Station | StartTime | Duration | Page | Mode | Job Type | Result |
|-----|----------------|-----------|----------|------|------|----------|--------|
| 001 | 98533489 | 03-17 11:32AM | 00'22 | 002/002 | EC | HS | CP |

Abbreviations:

| | | | |
|---|---|---|---|
| HS:Host Send | PL:Polled Local | CP:Completed | TS:Terminated by System |
| HR:Host Receive | PR:Polled Remote | FA:Fail | RP:Report | G3:Group3 |
| WS:Waiting Send | MS:Mailbox Save | TU:Terminated by User | EC:Error Correct | MP:Mailbox Print |

---

## Fax Transmission

City of Chicago - Department of Law

Fax: 312-744-3989

| To: | Irene K. Dymkar | Fax No: | 312-853-3489 |
|-----|-----------------|---------|--------------|
| Date: | March 17, 2008 | Pages: | 2, including cover sheet |
| From: | ACC Ashley C. Kosztya | Direct No: | 312-744-6922 |
| Subject: | Hadnott v. City of Chicago, 07 C 6754 | | |

Comments:

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via United States Postal Service. Thank you.

## *Irene K. Dymkar*
### *Attorney at Law*
### *300 West Adams, Suite 330*
### *Chicago, IL 60606-5107*
*(312) 345-0123*
*fax (312) 853-3489*
*dymkarlaw@ameritech.net*

March 19, 2008

**Delivered by fax and mail**

Ashley C. Kosztya
City of Chicago, Department of Law
30 N. LaSalle, Suite 1020
Chicago, IL 60606

Melanie Patrick Neeley
City of Chicago, Department of Law
30 N. LaSalle, Suite 1020
Chicago, IL 60606

Re: Hadnott v. City of Chicago, 07 C 6754

Dear Counsel:

Given the conversation with Ashley Kosztya on today's date, plaintiffs will decline your offer to participate in a photo array of police officers. This is neither an efficient nor accurate method to identify the officers.

Please provide me with the attendance and assignment sheets for the police officers for the 7th and 9th Districts and any other districts that might have covered West 56th Street and South Racine Avenue or 7322 S. Green on December 4, 2006, from 2:00 PM until 6:00 PM, together with information as to which officers were in plain clothes and which were in unmarked cars. If the attendance and assignment sheets do not indicate the number of partners, please provide me with that information also.

Also, please provide me with all LEADS inquiries made regarding any of the plaintiffs, as well as regarding Brandell Betts (who will be added as a plaintiff), on December 4, 2006, from 2:00 PM until 6:00 PM. Upon first contact with my clients, the officers involved in this case should have immediately submitted an inquiry to the state warrant system (LEADS) to receive warrant data and officer protection information within 10 seconds. In order to submit an inquiry, the officer must be certified by the state and have his own password information. The LEADS Agency Coordinator should be able to quickly determine whether any LEADS inquiries were submitted regarding my clients on the date and at the time in question. An alternative strategy would be for you to check for LEADS inquires during that time period by any officers from the relevant district(s) working during the corresponding shift.



DEFENDANT'S
EXHIBIT
A4

As you know, time is of the essence.  Please notify me immediately if you are willing to assist me with the requested informal discovery.  Otherwise, my only option will be to begin substantial and time-consuming formal discovery of numerous individual employees of the police department on this peripheral issue.

I look forward to hearing from you soon.

Sincerely,

Irene K. Dymkar

# Exhibit B

*Hadnott v. Unknown Unnamed Officers of the Chicago Police Department, et al.*
07 C 6754

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, and KEVIN HUNT, | ) |
| | ) |
| Plaintiffs, | ) Case No. 07 C 6754 |
| | ) |
| v. | ) Judge David H. Coar |
| | ) |
| UNKNOWN UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, | ) Magistrate Judge Schenkier |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF ORAL DEPOSITION

To:    Ashley C. Kosztya
       City of Chicago, Department of Law
       30 North LaSalle Street, Suite 1020
       Chicago, IL 60602

YOU ARE HEREBY NOTIFIED that plaintiffs will take the oral deposition of the following persons at 300 W. Adams Street, Suite 330, Chicago, Illinois 60606, on the date and time indicated:

| DEPONENT | DATE | TIME |
|---|---|---|
| 7th District Commander Keith Calloway | May 21, 2008 | 1:00 PM |
| Person most knowledgeable as to who the unknown defendants are or most likely to have information as to who they might be. | May 21, 2008 | 3:00 PM |

The deponent is hereby requested to bring the following documents and materials:

Pictures of all police officers working in the 7th District of the Chicago Police Department on December 4, 2006, or any other district that may have been involved in this arrest and search.

DEFENDANT'S
EXHIBIT
B

Attendance and assignment records for all police officers working in the 7th District of the Chicago Police Department on December 4, 2006, or any other district that may have been involved in this arrest and search.

The depositions will be taken before a notary public and certified shorthand reporter and will be recorded stenographically.

Dated:  May 15, 2008

Irene K. Dymkar

## CERTIFICATE OF SERVICE

I, Irene K. Dymkar, an attorney, certify that on the 15th day of May, 2008, a copy of PLAINTIFFS' NOTICE OF ORAL DEPOSITION was served upon the attorney for defendants named above by personal delivery.

Dated: May 15, 2008

Irene K. Dymkar

IRENE K. DYMKAR
Attorney for Plaintiff
300 West Adams, Suite 330
Chicago, IL 60606-5107
(312) 345-0123

2