THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN HADNOTT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6754 |
| | ) | |
| v. | ) | |
| | ) | Judge David H. Coar |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S MOTION FOR ENTRY OF A PROTECTIVE ORDER AND TO QUASH NOTICE OF DEPOSITIONS ISSUED BY PLAINTIFFS,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Schenkier, or before such other Judge sitting in his place or stead, on the 21st day of May, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 16th day of May, 2008.

                                                                           MARA S. GEORGES
                                                                           CORPORATION COUNSEL
                                                                           CITY OF CHICAGO

                                      BY:    /s/ Ashley C. Kosztya
                                                                ASHLEY C. KOSZTYA
                                                                Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6922
Attorney No. 6274884

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S MOTION FOR ENTRY OF A PROTECTIVE ORDER AND TO QUASH NOTICE OF DEPOSITIONS ISSUED BY PLAINTIFFS** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 16th day of May, 2008.

                                                        /s/ Ashley C. Kosztya
                                                        ASHLEY C. KOSZTYA