*Irene K. Dymkar*
Attorney at Law
**300 West Adams, Suite 330**
**Chicago, IL 60606-5107**
(312) 345-0123
fax (312) 853-3489
dymkarlaw@ameritech.net

March 15, 2008

**Delivered by fax and mail**

Ashley C. Kosztya
City of Chicago, Department of Law
30 N. LaSalle, Suite 1020
Chicago, IL 60606

Melanie Patrick Neeley
City of Chicago, Department of Law
30 N. LaSalle, Suite 1020
Chicago, IL 60606

Re: Hadnott v. City of Chicago, 07 C 6754

Dear Counsel:

You have asked me to obtain more of a description of the three police officers who are the subject of this lawsuit involving the Hadnott family. Here is what I have:

1) car - unmarked, dark-colored (but not black) Chevy-type car, equipped with a police computer

2) officers - 3 white, clean shaven, plain clothes officers in one vehicle, wearing jeans and sweatshirts, one wearing a baseball cap

    1 - about 6'2", 160 - 170 lbs., about 30 years old

    2 - about 6'2", 175 - 185 lbs., about 30 years old

    3 - about 5'9", 165 - 175 lbs., in his 20's

All three officers entered the Hadnott home.

It seems to me that defendants would have called in to check for warrants or investigative alerts. Since they were concerned about guns, defendants also would have done a check for a firearms ownership identification card. Just the mere fact that there were three officers assigned to the same unmarked car should make identifying the officers easier.

      If you are not able to identify the officers, then I will consider adding a *Monell* claim regarding failure to supervise and train. It is astounding that the police could stop someone on the street, place him in a police vehicle, transport him to a residence, and enter and search a home, detaining people inside, but there would be no trace of this police activity and, hence, no accountability.

      If there is anything to discuss before court this week, please feel free to call.

                                                Sincerely,

                                                Irene K. Dymakr