*Irene K. Dymkar*
*Attorney at Law*
**300 West Adams, Suite 330**
**Chicago, IL 60606-5107**
(312) 345-0123
fax (312) 853-3489
dymkarlaw@ameritech.net

May 16, 2008

**Delivered by fax and mail**
Ashley C. Kosztya
City of Chicago, Department of Law
30 N. LaSalle, Suite 1020
Chicago, IL 60606

Re: Hadnott v. City of Chicago, 07 C 6754

Dear Ms. Kosztya:

    I left a message for you this morning, asking you to call me by 1:00 PM today to discuss the following:

    1) whether, in light of Judge Coar's deadlines, you will be opposing plaintiffs' motion for an order shortening the time by which defendants need to respond to plaintiffs' request to produce, making the deadline May 29, 2008,

    2) whether, now that you have reviewed the request to produce, you anticipate objecting to most of the requests, as you stated in court yesterday, and

    3) whether you will be producing the two witnesses noticed for deposition on May 21, 2008, and, if you will be producing the witnesses, but cannot do so on May 21, 2008, a suggestion of an alternate date.

    You have not returned my phone call. As you know, time is of the essence. If you would like to discuss this matter before I file my motion, you must call me immediately upon your receipt of this letter.

    I look forward to hearing from you soon.

Sincerely,

*[signature]*

Irene K. Dymkar