UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, and KEVIN HUNT, )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNKNOWN UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, )<br><br>Defendants. ) | Case No. 07 C 6754<br><br>Judge David H. Coar<br><br>Magistrate Judge Schenkier |

## NOTICE OF ORAL DEPOSITION

To: Ashley C. Kosztya
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1020
Chicago, IL 60602

    YOU ARE HEREBY NOTIFIED that plaintiffs will take the oral deposition of the following persons at 300 W. Adams Street, Suite 330, Chicago, Illinois 60606, on the date and time indicated:

| DEPONENT | DATE | TIME |
|---|---|---|
| 7th District Commander Keith Calloway | May 21, 2008 | 1:00 PM |
| Person most knowledgeable as to who the unknown defendants are or most likely to have information as to who they might be. | May 21, 2008 | 3:00 PM |

The deponent is hereby requested to bring the following documents and materials:

    Pictures of all police officers working in the 7th District of the Chicago Police Department on December 4, 2006, or any other district that may have been involved in this arrest and search.

Attendance and assignment records for all police officers working in the 7th District of the Chicago Police Department on December 4, 2006, or any other district that may have been involved in this arrest and search.

The depositions will be taken before a notary public and certified shorthand reporter and will be recorded stenographically.

Dated: May 15, 2008

　　　　　　　　　　　　　　　　　　　　　　　Irene K. Dymkar

## CERTIFICATE OF SERVICE

I, Irene K. Dymkar, an attorney, certify that on the 15th day of May, 2008, a copy of PLAINTIFFS' NOTICE OF ORAL DEPOSITION was served upon the attorney for defendants named above by personal delivery.

Dated: May 15, 2008

　　　　　　　　　　　　　　　　　　　　　　　Irene K. Dymkar

IRENE K. DYMKAR
Attorney for Plaintiff
300 West Adams, Suite 330
Chicago, IL 60606-5107
(312) 345-0123

2