UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, and KEVIN HUNT, ) ) ) | |
| Plaintiffs, ) ) | Case No. 07 C 6754 |
| v. ) ) | Judge David H. Coar |
| UNKNOWN UNNAMED OFFICERS OF THE ) CHICAGO POLICE DEPARTMENT, and ) CITY OF CHICAGO, ) ) | Magistrate Judge Schenkier |
| Defendants. ) | |

### NOTICE OF MOTION

To:   Ashley C. Kosztya
   City of Chicago Department of Law
   30 N. LaSalle St., Suite 1400
   Chicago, IL 60602

   PLEASE TAKE NOTICE that plaintiffs shall appear before Magistrate Judge Sidney I. Schenkier on the 22nd day of May, 2008, at 8:30 AM, or as soon thereafter as counsel may be heard, and then and there present the attached PLAINTIFFS' MOTION TO DISMISS THE ANSWER, OR, IN THE ALTERNATIVE, TO COMPEL DISCOVERY ON A SHORTENED SCHEDULE OR PRECLUDE WITNESSES AND EVIDENCE.

Dated: May 19, 2008                            s/ Irene K. Dymkar
                                              Irene K. Dymkar

Plaintiffs' Attorney:

Irene K. Dymkar
300 W. Adams Street, Suite 330
Chicago, IL 60606
(312) 345-0123

## CERTIFICATE OF SERVICE

     I, Irene K. Dymkar, an attorney, certify that on the 19th day of May, 2008, a copy of this notice, as well as the motion of which it gives notice, was served upon the attorney named in the above notice electronically, through the Court's electronic filing system.

Dated: May 19, 2008                                                        s/ Irene K. Dymkar
                                                                                 Irene K. Dymkar