# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jonathan Hadnott, et al.

                                  Plaintiff,

v.                                                   Case No.: 1:07−cv−06754

                                                      Honorable David H. Coar

Unknown Unnamed Officers of the Chicago Police Department, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion to amend/correct [26] is referred to the Magistrate Judge (for hearing and ruling) under the current referral order. Parties need not appear before Judge Coar on 5/21/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.