## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jonathan Hadnott, et al.

                    Plaintiff,

v.

Unknown Unnamed Officers of the Chicago Police Department, et al.

                    Defendant.

Case No.: 1:07−cv−06754

Honorable David H. Coar

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

    MINUTE entry before the Honorable Sidney I. Schenkier: Motion hearing held. Defendants' motion for protective order and to quash plaintiffs' oral notice of deposition [28] is entered and continued to 5/22/08 at 8:30 a.m. By the close of business today, defense counsel is to confirm in writing to plaintiffs' counsel the days and times that the photo array is going to be available for plaintiffs to view. Plaintiff's motion for leave to amend the complaint (doc. #26) is granted. defendant is to file their response to the amended complaint by 6/4/08. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.