Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6754 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Hadnott, et al. vs. Unknown Police Officers, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for protective order on deposition (doc. #28) is granted without prejudice to plaintiffs seeking depositions at a later date; no depositions are to take place at this time. The Court grants in part and denies in part plaintiff's motion to dismiss answer, or to compel discovery on a shortened schedule, or for an order precluding use of witnesses or documents (doc. #30) as stated below. Plaintiffs' counsel is to provide defense counsel with a date and time that plaintiffs will be available to view the photo array by noon on 5/23/08. Court extends the date to amend the complaint to 7/7/08. A status hearing is set for 6/11/08 at 9:00 a.m.

For further details see text below.]

Docketing to mail notices.
*Copy to judge/magistrate judge.

## STATEMENT

The Court grants in part and denies in part plaintiff's motion to dismiss answer, or to compel discovery on a shortened schedule, or for an order precluding use of witnesses or documents (doc. #30) as stated below. by 6/5/08, defendant is to provide plaintiff a print out of the results of the leads inquiry search, warrant request search, the results of any search of any remaining data base that would identify an encounter with plaintiffs, or provide a statement that no information was located for the time period of 12/4/06 between 3 p.m. and 6 p.m. Defendant is to provide a printout of the leads and warrant search for Mr. Jonathan Hadnott by the close of business on 5/23/08. In all other respects plaintiff's motion to dismiss answer, or to compel discovery on a shortened schedule, or for an order precluding use of witnesses or documents (doc. #30) is denied.



| | Courtroom Deputy Initials: | mm |
|---|---|---|