UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, KEVIN HUNT, and BRANDELL BETTS, ) ) ) | |
| Plaintiffs, ) | Case No. 07 C 6754 |
| ) | |
| v. ) | Judge David H. Coar |
| ) | |
| UNKNOWN UNNAMED OFFICERS OF THE ) CHICAGO POLICE DEPARTMENT, and ) CITY OF CHICAGO, ) ) | Magistrate Judge Schenkier |
| Defendants. ) | |

**NOTICE OF OBJECTIONS**

To: Ashley C. Kosztya
City of Chicago Department of Law
30 N. LaSalle St., Suite 1400
Chicago, IL 60602

PLEASE TAKE NOTICE that plaintiffs shall appear before Judge David H. Coar on the 5th day of June, 2008, at 9:00 AM, or as soon thereafter as counsel may be heard, and then and there present PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE'S ORDERS, PURSUANT TO F.R.Civ.P. 72(a).

Dated: May 30, 2008                    s/    Irene K. Dymkar
                                              Irene K. Dymkar

Plaintiffs' Attorney:

Irene K. Dymkar
300 W. Adams Street, Suite 330
Chicago, IL 60606
(312) 345-0123

## CERTIFICATE OF SERVICE

      I, Irene K. Dymkar, an attorney, certify that on the 30th day of May, 2008, a copy of this notice, as well as the objections of which it gives notice, was served upon the attorney named in the above notice electronically, through the Court's electronic filing system.

Dated: May 30, 2008                                               s/    Irene K. Dymkar
                                                                                    Irene K. Dymkar