## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6754 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Hadnott, et al vs. Unknown Unnamed Officers of the Chicago Police Dept, et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Objections [36] to the Magistrate Judge's orders of May 15, 2008, May 21, 2008, and May 22, 2008, in this case are overruled and denied.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|