UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN HADNOTT, et al., | ) | |
| | ) | 07 C 6754 |
| Plaintiffs, | ) | |
| | ) | Judge David H. Coar |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| UNKNOWN UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, | ) ) ) ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFFS' SECOND AMENDED CIVIL RIGHTS COMPLAINT,** a copy of which was previously filed and served upon you.

**DATED** at Chicago, Illinois this 4th day of June, 2008.

> MARA S. GEORGES
> CORPORATION COUNSEL
> CITY OF CHICAGO
>
> BY:   */s/ Ashley C. Kosztya*
>        ASHLEY C. KOSZTYA
>        Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6922
Attorney No. 6274884

### CERTIFICATE OF SERVICE

I hereby certify that I have caused this **NOTICE OF FILING** and **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S SECOND AMENDED CIVIL RIGHTS COMPLAINT** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 4th day of June, 2008.

> */s/ Ashley C. Kosztya*
> ASHLEY C. KOSZTYA