UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, KEVIN HUNT, and BRANDELL BETTS, | ) ) ) |
| Plaintiffs, | ) Case No. 07 C 6754 |
| v. | ) ) Judge David H. Coar |
| UNKNOWN UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, | ) Magistrate Judge Schenkier ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

      Plaintiffs JONATHAN HADNOTT, JESSIE HADNOTT, KEVIN HUNT, and BRANDELL BETTS, by and through their attorney, Irene K. Dymkar, and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, hereby move this Court to enter an order granting leave to file an amended complaint.  In support of their motion, plaintiffs state:

      1)    This action was commenced by the filing of a complaint alleging a cause of action under the Civil Rights Act of 1871 (42 U.S.C. §1983) to redress deprivations of the civil rights of plaintiffs through acts and/or omissions of defendants committed under color of law.

      2)    Plaintiffs seek to add MICHAEL KELLY as a defendant in this case.  After plaintiffs spent months making requests for the disclosure of documents which could identify the unknown officers in this case, defendant CITY OF CHICAGO has revealed that Chicago Police Officer MICHAEL KELLY logged onto a police personal computer on the date and at

the time in question to conduct an inquiry of plaintiff JONATHAN HADNOTT. Plaintiff HADNOTT saw a computer in the unmarked police vehicle in which he was placed and believed that his name was entered by the undercover officers who had wrongfully arrested him. Plaintiffs therefore now believe that MICHAEL KELLY is one of unknown officers in this case.

       3)       A copy of the proposed amended complaint is attached hereto as Exhibit A.

       4)       This amendment will allow this case to move forward with discovery.

       5)       Rule 15(a) states that leave to amend a complaint shall be freely given when justice so requires.

WHEREFORE, plaintiffs request that the Court grant them leave to file the amended complaint attached hereto as Exhibit A.

Dated: June 9, 2008                                               /s  Irene K. Dymkar
                                                                           Irene K. Dymkar

Irene K. Dymkar
Plaintiffs' Attorney
300 W. Adams Street, Suite 330
Chicago, IL 60606-5107
(312) 345-0123