## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jonathan Hadnott, et al.

                        Plaintiff,

v.

                        Case No.: 1:07−cv−06754

                        Honorable David H. Coar

Unknown Unnamed Officers of the Chicago Police Department, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

    MINUTE entry before the Honorable Sidney I. Schenkier: Status/motion hearing held. Plaintiff's motion for order to modify discovery order [45] is granted in part. The motion is granted insofar that it request the production of the attendance and assignment sheets, results of lead warrants, contact sheets, and any other documents that might identify the unknown officers. The defendants are to produce these documents by 6/16/08. The paralegal who is responsible for providing requested information to defense counsel is to appear at the 6/25/08 status hearing. Status hearing set for 6/25/2008 at 09:00 AM. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.