

City of Chicago
Richard M. Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

Employment and Policy Litigation
Suite 1020
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-5100
(312) 744-3989 (FAX)
(312) 744-5131 (TTY)

http://www.cityofchicago.org

VIA FACSIMILE

July 7, 2008

Irene K. Dymkar, Esq.
300 West Adams Street, Ste. 330
Chicago, Illinois 60606

**Re: Hadnott v. City of Chicago, et al. 07 C 6754**

Dear Ms. Dymkar:

Upon information and belief, after speaking with the sergeant who was on duty on December 4, 2006 (7th District Sergeant Patrick Doyle, who is listed on the A &A's), the officers working with Officer Michael Kelly (Star 6950) on December 4, 2006 were Officer Marc Jarocki (Star 13267) and Officer Patrick Gilmore (Star 16158).

Sergeant Boyle was able to determine this after being told that when Officer Kelly logged into PMDT4620 on that date, his beat was listed as being 762E (see attached document labeled as "MDT/Beat & Personnel Identification, Bates-numbered "City 0032"), which is the beat those officers were working on the same shift (1000 hours to 1830 hours).

In addition, Sergeant Boyle noted that the A&A's show that Officer Kelly's regular partner, Officer Sellers, was not present at work that day, which is why he put Officer Kelly with the other officers.

If I receive any more information regarding the identity of the unknown officers, I will forward it to you immediately. In addition, I have asked for all documentation pertaining to Officer Kelly's leave forms (including his current address) to be expedited to me as soon as possible.

Regards,

*A.C. Kosztya*

Ashley C. Kosztya
Assistant Corporation Counsel
(312) 744-6922





MDT_Beat_Pers_ID

**Office of Emergency Management & Communications**
**MDT/BEAT & PERSONNEL IDENTIFICATION**

FROM: 04-DEC-2006 00:00:00   to   04-DEC-2006 23:59:59

PDT:   PMDT4620
UNIT:
PERSID:

| UNIT | WORKSTATN | SEG_DATE | TIME | PERSID | NAME | | COMMENTS |
|---|---|---|---|---|---|---|---|
| 762E | PMDT4620 | 04-DEC-2006 | 11:46:37 | PC0V274 | MICHAEL | KELLY | Logon Information: S/10 V/3756 [Logon from MDT] |
| 762E | PMDT4620 | 04-DEC-2006 | 15:35:46 | PC0V274 | MICHAEL | KELLY | |
| 762E | PMDT4620 | 04-DEC-2006 | 16:19:18 | PC0V274 | MICHAEL | KELLY | |
| 762E | PMDT4620 | 04-DEC-2006 | 16:53:00 | PC0V274 | MICHAEL | KELLY | |
| 763E | PMDT4620 | 04-DEC-2006 | 19:50:25 | PC0T685 | MATHEW | LOPEZ | Logon Information: S/18 V/3756 [Logon from MDT] |
| 763E | PMDT4620 | 04-DEC-2006 | 20:53:37 | PC0T685 | MATHEW | LOPEZ | |
| 763E | PMDT4620 | 04-DEC-2006 | 20:54:48 | PC0T685 | MATHEW | LOPEZ | D/19P |
| 763E | PMDT4620 | 04-DEC-2006 | 21:28:50 | PC0T685 | MATHEW | LOPEZ | |
| 763E | PMDT4620 | 04-DEC-2006 | 23:01:27 | PC0T685 | MATHEW | LOPEZ | |

City
0032

3/3