UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, KEVIN HUNT, and BRANDELL BETTS,  )   )   )  Plaintiffs,  )   )  v.  )   )  UNKNOWN UNNAMED OFFICERS OF THE  )  CHICAGO POLICE DEPARTMENT, and  )  CITY OF CHICAGO,  )   )  Defendants.  ) | Case No. 07 C 6754  Judge David H. Coar  Magistrate Judge Schenkier |

## NOTICE OF MOTION

To:   Ashley C. Kosztya
      City of Chicago, Department of Law
      30 N. LaSalle, Suite 1020
      Chicago, IL 60602

   PLEASE TAKE NOTICE that plaintiffs shall appear before Magistrate Judge Sidney I. Schenkier on the 16th day of July, 2008, at 8:30 AM, or as soon thereafter as counsel may be heard, and then and there present PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND FOR ORDER TO COMPEL.

Dated: July 11, 2008                       /s Irene K. Dymkar
                                            Irene K. Dymkar

Irene K. Dymkar
Plaintiffs' Attorney
300 W. Adams Street, Suite 330
Chicago, IL 60606-5107
(312) 345-0123

## CERTIFICATE OF SERVICE

      I, Irene K. Dymkar, an attorney, certify that on the 11th day of July, 2008, a copy of this notice, as well as the motion of which it gives notice, were served upon the attorney for defendants named above through the Court's electronic filing system.

Dated: July 11, 2008　　　　　　　　　　　　　　/s  Irene K. Dymkar
　　　　　　　　　　　　　　　　　　　　　　　　Irene K. Dymkar