# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jonathan Hadnott, et al.

                    Plaintiff,

v.

Unknown Unnamed Officers of the Chicago Police Department, et al.

                    Defendant.

Case No.: 1:07−cv−06754

Honorable David H. Coar

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

    MINUTE entry before the Honorable Sidney I. Schenkier: Motion hearing held. Plaintiff's motion to amend/correct complaint [43] is granted. Plaintiff's motion to compel [51] is denied. The Court gives the parties leave to take the deposition of Officer Kelly by 8/21/08. Status hearing set for 9/4/2008 at 09:00 AM. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.