AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JONATHAN HADNOTT, JESSIE HADNOTT,
KEVIN HUNT, and BRANDELL BETTS,

                  **SUMMONS IN A CIVIL CASE**

        Plaintiffs,

v.

                  CASE NUMBER: 07 C 6754

MICHAEL KELLY, MARC JAROCKI,
PATRICK GILMORE, and CITY OF
CHICAGO,

                  ASSIGNED JUDGE: David H. Coar

        Defendants.

                  DESIGNATED MAGISTRATE JUDGE:
                  Sidney I. Schenkier

TO:

        MARC JAROCKI
        Chicago Police Department
        3501 S. Michigan
        Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        Irene K. Dymkar
        300 W. Adams St., Suite 330
        Chicago, IL 60606-5107

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          _____
BY DEPUTY CLERK                                                                       DATE

Michael W. Dobbins, Clerk

*/s/ Annette Nunez/*                                                         July 17, 2008
(By) DEPUTY CLERK                                                      Date

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE July 24, 2008 |
|---|---|
| NAME OF SERVER (PRINT) Rebecca Darugar | TITLE Plaintiffs' Attorney Staff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X Other (specify): <u>Chicago Police Department, 3501 S. Michigan, Chicago, IL 606</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>July 24, 2008</u>
    *Date*

*Signature of Server* Rebecca Darugar

<u>300 West Adams, Suite 330, Chicago, IL 60606-5107</u>
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.