UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, KEVIN HUNT, and BRANDELL BETTS, <br><br>   Plaintiffs, <br><br> v. <br><br> MICHAEL KELLY, MARC JAROCKI, PATRICK GILMORE, and CITY OF CHICAGO, <br><br>   Defendants. | Case No. 07 C 6754 <br><br> Judge David H. Coar <br><br> Magistrate Judge Schenkier |

### NOTICE OF MOTION

To:  Ashley C. Kosztya
    City of Chicago, Department of Law
    30 N. LaSalle, Suite 1020
    Chicago, IL 60602

   PLEASE TAKE NOTICE that plaintiffs shall appear before Magistrate Judge Sidney I. Schenkier on the 12th day of August, 2008, at 8:30 AM, or as soon thereafter as counsel may be heard, and then and there present PLAINTIFFS' MOTION FOR ORDER COMPELLING DEFENDANT MICHAEL KELLY TO APPEAR FOR A DEPOSITION ON A DATE CERTAIN.

Dated: August 7, 2008                          /s  Irene K. Dymkar
                                                    Irene K. Dymkar


Irene K. Dymkar
Plaintiffs' Attorney
300 W. Adams Street, Suite 330
Chicago, IL 60606-5107
(312) 345-0123

**CERTIFICATE OF SERVICE**

      I, Irene K. Dymkar, an attorney, certify that on the 7th day of August, 2008, a copy of this notice, as well as the motion of which it gives notice, were served upon the attorney for defendants named above through the Court's electronic filing system.

Dated: August 7, 2008                  /s Irene K. Dymkar
                                                         Irene K. Dymkar