IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, KEVIN HUNT, and BRANDELL BETTS, | ) ) ) | |
| Plaintiffs, | ) | No. 07 C 6754 |
| v. | ) ) | JUDGE COAR |
| MICHAEL KELLY, MARC JAROCKI, PATRICK GILMORE, and CITY OF CHICAGO, | ) ) ) | MAGISTRATE JUDGE SHENKIER |
| Defendants. | ) | |

### NOTICE OF MOTION

To:  Irene K. Dymkar
    Attorney for Plaintiffs
    300 W. Adams, Suite 330
    Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **OFFICER MICHAEL KELLY'S MOTION TO STAY PROCEEDINGS PURSUANT TO THE SERVICEMEMBERS' CIVIL RELIEF ACT.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Coar, or before such other Judge sitting in his place or stead, on the 14th day of August, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

**DATED** at Chicago, Illinois August 11, 2008.

                                    Respectfully submitted,


                                    /s/ Gail L. Reich
                                    Gail L. Reich
                                    Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-1975
(312) 744-6566 (FAX)
ATTY. NO.  06279564

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused true and correct copies of the above and foregoing **OFFICER MICHAEL KELLY'S MOTION TO STAY PROCEEDINGS PURSUANT TO THE SERVICEMEMBERS' CIVIL RELIEF ACT via electronic filing** to the persons named in the foregoing Notice at the addresses therein shown, on August 11, 2008.

                                           /s/ Gail Reich
                                           Gail Reich
                                           Assistant Corporation Counsel