DEPARTMENT OF MILITARY AFFAIRS
STATE OF ILLINOIS
1301 North MacArthur Boulevard
Springfield, Illinois 62702-2399

ORDERS 218-066                                                    05 August 2008

KELLY MICHAEL R                    HHC 1-178TH INF (BCT)
(P5XT0-F2B) 5200 S COTTAGE GROVE     CHICAGO, IL         60615

You are ordered to active duty as a member of your Reserve Component Unit for
the period indicated unless sooner released or unless extended. Proceed from
your current location in sufficient time to report by the date specified.
You enter active duty upon reporting to unit home station.

REPORT TO HOME STATION: 21 August 2008    , CHICAGO
REPORT TO MOB  STATION: 24 August 2008    , Ft Bragg
Period of active duty: Not to exceed  400 days
Purpose: OPERATION ENDURING FREEDOM
Mobilization Category Code: G
Additional instructions:
   (a) Excess accompanied baggage is not to exceed 120 pounds.
   (b) Bring with you complete military clothing bag and appropriate personal
       items.
   (c) Bring copies of rental or mortgage agreement, marriage (or other)
       certificates, birth certificates (Soldier, Spouse, and documentation of
       dependency/support of children).
   (d) Period of Active Duty: Pursuant to Presidential Executive Order
       you are relieved from your present Reserve Component Status and are ordered
       to report for a period of active duty not to exceed 25 days for
       mobilization processing. Proceed from your present location in sufficient
       time to report by the date indicated in this order. If upon reporting for
       active duty, you fail to meet deployment medical standards whether because
   (e) of a temporary or permanent medical condition, then you may be released
       from active duty, returned to your prior reserve status, and returned to
       your home address. You will be subject to a subsequent order to active
       duty upon resolution of the disqualifying medical condition. If upon
       reporting for active duty, you are found to satisfy medical deployment
       standards, then you are futher ordered to active duty for a period not
   (f) to exceed 730 days, such period to include the period required for
       mobilization processing.
   (g) For active duty soldiers, including Active Guard/Reserve, basic allowance
       housing (BAH) is based upon their permanent duty station. For reserves
       and retired members called or ordered to active duty for more than 139
       days in support of Operation Enduring Freedom, BAH is based on their
       principal place of residence when called or ordered to the tour of active
       duty if denied movement of dependents and HHG.
   (h) Family members of National Guard Soldiers ordered to active duty for more
       than 30 days are eligible for the same benefits as dependents of Regular
       Army Soldiers. It is the soldiers responsibility to ensure dependents are
       issued DD Form 1172, Active Duty dependent ID cards. To locate the nearest
       ID card facility near your home visit www.dmdc.osd/rsl.

ORDERS  218-066  HQ IL NG, OTAG,  05 August 2008

Additional instructions (cont):
   (i) Dependents are also eligible to use Army One Source, which is a 24 hour
       resource service (from the US: 1-800-464-8107; En Espanola, llama al
       1-888-375-5971) and collect calls (1-484-530-5889) available at no cost.



(j) Family members may be eligible for TRICARE (military health care) benefits. For details call 1-888-DoD-CARE (1-888-363-2273) or go to the web address www.tricare.osd.mil/reserve/ or email TRICARE_help@amedd.army.mil
(k) Call 1-800-336-4590 (National Committee for Employer Support of the Guard and Reserve) or check on line at www.esgr.org if you have questions regarding your employment and reemployment rights.
(l) Meals and lodging will be provided at no cost to the Soldier. Claims for reimbursement require a statement of non-availability control number.
(m) For unresolved pay issues, contact the ARNG Pay Ombudsman at toll-free 1-877-ARNGPAY or by email at ARNG-MILPAY@ARNG-FSC.NGB.ARMY.MIL

```
FOR ARMY USE
Auth: FIRST ARMY PERMANENT ORDERS: 1A-08-115-004 DATED 24 APR 08
   OIF/OEF PURSUANT TO PRESIDENTIAL EXECUTIVE ORDER 13223, DTD 14 SEP 2001
Acct clas:
 Enl pay/alw: 2182010.0000  01-1100 P2W2C00  11**/12** VFRE F3203 5570 S12120
 Enl tvl/pd:  2182020.0000  B1 B1TC  135197  21T1/21T2/22NL/2578/2579  (SDN) VFRE  F4209
 Enl pay/alw: 2192010.0000  01-1100 P2W2C00  11**/12** VFRE F3203 5570 S12120
 Enl tvl/pd:  2192020.0000  B1 B1TC  135197  21T1/21T2/22NL/2578/2579  (SDN) VFRE
Sex: M
MDC: PM
PMOS/AOS/ASI/LIC: 11Z5, YY  , YY
HOR:
DOR:
PEBD: 06-FEB-89
Security Clearance: S
Comp: ARNGUS
Format: 165
```

FOR THE GOVERNOR:

```
                             \\\\\\\\\\\\//////////
                             \\    HQ, ILARNG     //
                             \\     OFFICIAL      //
                             \\\\\\\\\\\\//////////
DISTRIBUTION:                WILLIAM L. ENYART
M                            Major General, ILARNG
                             The Adjutant General
```

DEPARTMENT OF MILITARY AFFAIRS
STATE OF ILLINOIS
1301 North MacArthur Boulevard
Springfield, Illinois 62702-2399

ORDERS 219-218                                                          06 August 2008

Following order is amended as indicated.

So much of: Orders 204079 this Hq dtd 22 July 2008

Pertaining to:

  ADSW for KELLY MICHAEL R                         HHC 1-178TH INF (BCT)
(P5XTC-F2B) 5200 S COTTAGE GROVE            CHICAGO, IL                60615

As reads: Period (TDY): 18 July 2008 - 20 July 2008
  Report To: Chicago, IL
How changed: Period (TDY): 18 July 2008 - 20 August 2008
  Report To: Kankakee, IL
Auth: SUBSEC 503 TITLE 32 USC
APC DJMS_RC: B6E31V  PM/TDC: G40 31V ADDITIONAL TRAINING DAYS IN SUPPORT OF OEF
Format: 700  *

FOR THE GOVERNOR:

```
\\\\\\\\\\\\\\\\\////////////
\\       HQ, ILARNG         //
\\         OFFICIAL         //
\\\\\\\\\\\\\\\\\////////////
```
WILLIAM L. ENYART
Major General, ILARNG
The Adjutant General

DISTRIBUTION:
M

# PERSONNEL ACTION REQUEST
## CHICAGO POLICE DEPARTMENT

TODAY'S DATE: AUG 05 08

| MEMBER TO BE AFFECTED (LAST NAME - FIRST - M.I.) | STAR / BADGE NO. | EMPLOYEE NO. | UNIT ASSIGNED |
|---|---|---|---|
| Kelly, Michael R. | 6950 | | 007 |

| EFFECTIVE DATE | JOB TITLE |
|---|---|
| 21 AUG 08 | P.O. |

### TYPE OF ACTION

| CHECK TYPE OF ACTION HERE (DO NOT CHECK MORE THAN ONE) | INFORMATION REQUIRED (ENTER INFORMATION IN "REMARKS SECTION" BELOW) | SIGNATURES REQUIRED |
|---|---|---|
| EXCUSED WITHOUT PAY - DISCIPLINARY | GIVE EFFECTIVE DATE, CIRCUMSTANCES & C.R. NO. | UNIT C.O. |
| EXCUSED WITHOUT PAY - NON-DISCIPLINARY | GIVE EFFECTIVE DATE & CIRCUMSTANCES. | UNIT C.O. |
| ABSENCE WITHOUT PAY - AWOP | GIVE EFFECTIVE DATE & CIRCUMSTANCES. STATE WHETHER OR NOT MEMBER NOTIFIED SUPERVISOR. | UNIT C.O. |
| TERMINATION - JOB ABANDONMENT | GIVE EFFECTIVE DATE; F.O.P. - ACTION TAKEN AFTER 4 CONSECUTIVE WORKDAYS AWOP AFSCME & UNIT II - ACTION TAKEN AFTER 5 CONSECUTIVE WORKDAYS AWOP | UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| LEAVE, DISABILITY PENSION - SWORN ONLY | ATTACH MEDICAL REPORTS, COMPLETE REVERSE SIDE. | MEMBER, MEDICAL DIRECTOR |
| LEAVE, MILITARY (PAID ENCAMPMT - 14 DAYS MAX.) | GIVE DATES, ATTACH COPY OF OFFICIAL ORDER, COMPLETE REVERSE SIDE. | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| X LEAVE, MILITARY - WITHOUT PAY | GIVE DATES, ATTACH COPY OF OFFICIAL ORDERS, COMPLETE REVERSE SIDE. IF OVER 29 DAYS, ALSO ATTACH PER-73 (CITY REQUEST FOR LEAVE) AND PER-78 (EXIT INTERVIEW REPORT). | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| UNPAID ABSENCE (29 DAYS AND UNDER) - NO INSURANCE BENEFITS | GIVE REASON & RETURN DATE, COMPLETE AND SIGN REVERSE SIDE. | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| LEAVE, OTHER (30 DAYS AND OVER) | GIVE REASON & LENGTH OF LEAVE REQUESTED, COMPLETE REVERSE SIDE. ATTACH PER-73, (CITY REQUEST FOR LEAVE) AND PER-78 (EXIT INTERVIEW REPORT). | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O., DEP. SUPT., B.A.S. |
| LEAVE, EXTENSION OF | GIVE DATES & REASON. COMPLETE REVERSE SIDE. ATTACH PER-73 (CITY REQUEST FOR LEAVE). | MEMBER |
| MARRIAGE LEAVE | GIVE DATES REQUESTED FOR LEAVE, DATE OF CEREMONY & SPOUSE'S NAME | MEMBER, UNIT C.O. |
| NAME CHANGE | GIVE NEW NAME. IF OTHER THAN BY MARRIAGE, ATTACH VERIFICATION / EXPLANATION | MEMBER, UNIT C.O. |
| RETIREMENT | GIVE EFFECTIVE DATE | ATTACH PER-28 (EXIT INTERVIEW REPORT). AS SOON AS RESIGNATION IS ACTED ON BY THE COMMANDING OFFICER, THE COMMANDING OFFICER WILL NOTIFY THE INTERNAL AFFAIRS DIVISION AND THE PAYROLL / FINANCE DIVISION BY PAX TELEPHONE. | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| RESIGNATION | GIVE EFFECTIVE DATE & REASON | | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| SEPARATION TO ACCEPT OTHER CITY POSITION / TITLE | GIVE EFFECTIVE DATE, NEW JOB TITLE & NAME OF NEW CITY DEPARTMENT | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O. |
| DEATH IN FAMILY | GIVE DATES & RELATIONSHIP TO DECEASED | UNIT C.O. |
| TRANSFER REQUEST | COMPLETE PERSONNEL TRANSFER & ASSIGNMENT SECTION BELOW | MEMBER, UNIT C.O., AREA CHIEF OR DIVISION C.O., DEP. SUPT. |
| RECOGNIZED OPENING BID (FOP) | COMPLETE PERSONNEL TRANSFER & ASSIGNMENT SECTION BELOW | MEMBER |
| RECOGNIZED VACANCY BID (FOP) | COMPLETE PERSONNEL TRANSFER & ASSIGNMENT SECTION BELOW | MEMBER |

### PERSONNEL TRANSFER & ASSIGNMENT SECTION

| UNIT OF ASSIGNMENT REQUESTED | HOME ADDRESS | HOME TELEPHONE NO. | SENIORITY DATE | TITLE-CODE | GRADE |
|---|---|---|---|---|---|
| | | | | | |

| DATE ASSIGNED TO PRESENT UNIT | DATE OF BIRTH | ☐ UNIT NOTICE OF RECOGNIZED OPENING NO.: ☐ RECOGNIZED VACANCY LISTING ADMINISTRATIVE MESSAGE FACSIMILE NETWORK NO.: | POSITION REQUESTED |
|---|---|---|---|

| DATE SUBMITTED | TIME SUBMITTED | COMMANDING OFFICER / WATCH COMMANDER'S SIGNATURE | STAR NO. |
|---|---|---|---|

### REMARKS SECTION

Member is being deployed to Afghanistan in support of Operation Enduring Freedom. Return date unknown @ this time

IAD notified 5AUG08 - SGT BROWN #2378

Finance notified 5AUG08 - Theresa (JV)

### SIGNATURES

SIGNATURE OF MEMBER (IF REQUIRED): X [signature]

☐ RECOMMEND APPROVAL  ☐ DISAPPROVAL — SIGNATURE & TITLE

X RECOMMEND APPROVAL / DISAPPROVAL — SIGNATURE & TITLE (UNIT C.O.): [signature] O'Connell

☐ RECOMMEND APPROVAL  ☐ DISAPPROVAL — SIGNATURE & TITLE

### FOR PERSONNEL DIVISION / BUREAU OF ADMINISTRATIVE SERVICES USE ONLY

☐ RECOMMEND APPROVAL  ☐ DISAPPROVAL — SIGNATURE

☐ APPROVED  ☐ DISAPPROVED — SIGNATURE

COMMENTS: Special Training

EXHIBIT B



**DEPARTMENT OF THE ARMY**
ILLINOIS ARMY NATIONAL GUARD
Company C, 1st Battalion 178th Infantry
1191 East 4000S Road
Kankakee, Illinois 60901-7064

5 AUG 2008

Dear CPD District Commander,

As citizen soldiers, we rely on the support and selfless dedication of employers like you for providing the opportunity for soldiers to support and defend the United States of America and the State of Illinois. Based on the current situation, the Governor of Illinois has activated members of the Army National Guard to support Operation Enduring Freedom and the Global War on Terrorism beginning 21 AUG 2008-21 SEP 2009. This activation is mandatory. The impact of this undertaking on your department cannot be understated; however, the necessity of this mission is paramount to the success of homeland defense.

1SG Michael R. Kelly, is a member of C 1/178th Infantry and has been on mandatory orders for duty from 21 JUL 2008 – 21 AUG 2008 in order to prepare himself and the unit for this above mentioned deployment. His orders have not been officially published yet, but I can ensure you he has been working with me at the Kankakee, IL Armory. Once his orders are published I will make them readily available to him to give to you. From what I understand he has been using his vacation time from your department while he has been on these orders and his vacation time is about to expire.

I cannot stress the level of appreciation we feel for your past, present and anticipated future support for the missions of the Kankakee and Joliet National Guard and the United States of America.

If you have any questions, you can contact CPT Luke Gosnell at (815-937-6981).

Thank you and God Bless America.

                    GOSNELL, LUKE
                    CPT, IN, ILARNG
                    Commander

