UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jonathan Hadnott, et al.
                    Plaintiff,
v.                                          Case No.: 1:07−cv−06754
                                            Honorable David H. Coar
City of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

    MINUTE entry before the Honorable Sidney I. Schenkier: Motion hearing held. Plaintiffs motion to compel Mr. Kelly to take deposition (doc. # 59) is granted in part. Mr. Kelly is directed to appear for his deposition by 8/21/08. By 5:00 pm on 8/13/08, plaintiffs counsel is to inform defense counsel, if the deposition of Officer Kelly proceeds, if plaintiffs are to attend the deposition. If plaintiffs are not to attend the deposition, then defense counsel does not have to provide a photographic array of the officers. If plaintiffs are to attend the deposition of Officer Kelly, defense counsel must provide plaintiffs counsel with a photographic array of not more than 10 pictures, one of the pictures has to be of Officer Kelly, and no other defendants picture is to be included in the photographic array. The photographs should indicate the officers age, weight, and height. The photographs are to be made available for the plaintiffs review at the deposition sight. The plaintiffs are directed to review the photographic array before the start of the deposition of Officer Kelly, and indicate if they recognize any of the officers as one of those they encountered. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.