UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Jonathan Hadnott, et al.
                              Plaintiff,

v.                                             Case No.: 1:07−cv−06754
                                                        Honorable David H. Coar

City of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable David H. Coar: Motion hearing held on 8/14/2008 regarding motion to stay,, motion for relief,,,,, [62] For the reasons stated on the record and as stated on the record, OFFICER MICHAEL KELLYS MOTION TO STAY PROCEEDINGSPURSUANT TO THE SERVICEMEMBERS CIVIL RELIEF ACT [62] is granted effective as of 8/21/2008 as to Michael Kelly only. This case shall proceed as to all other parties.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.