UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, KEVIN HUNT, and BRANDELL BETTS, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6754 |
| v. | ) ) | Judge David H. Coar |
| MICHAEL KELLY, MARC JAROCKI, PATRICK GILMORE, and CITY OF CHICAGO, | ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Ashley C. Kosztya                     Gail Reich
      City of Chicago, Department of Law    City of Chicago, Department of Law
      30 N. LaSalle, Suite 1020             30 N. LaSalle, Suite 1400
      Chicago, IL 60602                     Chicago, IL 60602

     PLEASE TAKE NOTICE that plaintiffs shall appear before Judge David H. Coar on the 20th day of August, 2008, at 9:00 AM, or as soon thereafter as counsel may be heard, and then and there present PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT.

Dated: August 15, 2008                                  /s  Irene K. Dymkar
                                                                                  Irene K. Dymkar


Irene K. Dymkar
Plaintiffs' Attorney
300 W. Adams Street, Suite 330
Chicago, IL 60606-5107
(312) 345-0123

**CERTIFICATE OF SERVICE**

      I, Irene K. Dymkar, an attorney, certify that on the 15th day of August, 2008, a copy of this notice, as well as the motion of which it gives notice, were served upon the attorneys for defendants named above through the Court's electronic filing system.

Dated: August 15, 2008                      /s  Irene K. Dymkar  
                                                          Irene K. Dymkar