## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, KEVIN HUNT, and BRANDELL BETTS | ) ) ) | |
| Plaintiffs, | ) ) | 07 C 6754 |
| v. | ) ) | Judge David H. Coar |
| MICHAEL KELLY, MARC JAROCKI, PATRICK GILMORE, and CITY OF CHICAGO, | ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFFS' THIRD AMENDED CIVIL RIGHTS COMPLAINT,** a copy of which was previously filed and served upon you.

**DATED** at Chicago, Illinois this 15th day of August, 2008.

MARA S. GEORGES
CORPORATION COUNSEL
CITY OF CHICAGO

BY:     */s/ Ashley C. Kosztya*
ASHLEY C. KOSZTYA
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6922

### CERTIFICATE OF SERVICE

I hereby certify that I have caused this **NOTICE OF FILING** and **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S THIRD AMENDED CIVIL RIGHTS COMPLAINT** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 15th day of August, 2008.

*/s/ Ashley C. Kosztya*
ASHLEY C. KOSZTYA