UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jonathan Hadnott, et al.
                        Plaintiff,

v.                                                Case No.: 1:07−cv−06754
                                                        Honorable David H. Coar

City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion by Plaintiffs Brandell Betts, Jonathan Hadnott, Jessie Hadnott, Kevin Hunt for default judgment as to all defendants on all counts of the third amended complaint [68] is entered and continued to 8/27/2008 at 9:00 a.m. Motion hearing held on 8/20/2008 regarding motion for default judgment[68].Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.