


City of Chicago
Richard M. Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)
http://www.cityofchicago.org

VIA FACSIMILE

August 18, 2008

Irene K. Dymkar, Esq.
300 West Adams Street, Ste. 330
Chicago, Illinois 60606

**Re: Hadnott v. City of Chicago, et al. 07 C 6754**

Dear Ms. Dymkar:

Pursuant to the Court's order dated August 12, 2008, you were to inform the defendants whether or not the plaintiffs would be attending the deposition of Officer Kelly. This was to ensure that they had an opportunity to identify the alleged officer prior to the deposition by way of a photographic array, which would include Kelly's photo. As the Court explained, this is so plaintiffs would not have the unfair advantage of seeing Officer Kelly prior to the plaintiffs depositions without having first identifying him.

You informed Attorney Reich this afternoon that not all of your clients will be attending the deposition. The Court order (see attached) states if plaintiffs are to attend the deposition, that the plaintiffs are to review the array before the start of the deposition. In discussing the matter further with the Court, the spirit of the order makes it clear that either *all* of the plaintiffs attend the deposition *or* that *none* of them shall be permitted to do so without first viewing the photo array. Fewer than all plaintiffs attending Officer Kelly's deposition will result in the same prejudice as if no photo array had been conducted at all.

Please note that if fewer than all four plaintiffs seek to attend the deposition tomorrow, those who do travel to Kankakee will not be allowed to attend the deposition, and their time will be wasted.

Regards,

*G. C. Kosztya*

Ashley C. Kosztya
Assistant Corporation Counsel
(312) 744-6922

*Gail Reich*

ACC Gail Reich
Assistant Corporation Counsel
(312) 744-1975





EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jonathan Hadnott, et al.
                                Plaintiff,

v.                                                 Case No.: 1:07−cv−06754
                                                    Honorable David H. Coar

City of Chicago, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Motion hearing held. Plaintiffs motion to compel Mr. Kelly to take deposition (doc. # 59) is granted in part. Mr. Kelly is directed to appear for his deposition by 8/21/08. By 5:00 pm on 8/13/08, plaintiffs counsel is to inform defense counsel, if the deposition of Officer Kelly proceeds, if plaintiffs are to attend the deposition. If plaintiffs are not to attend the deposition, then defense counsel does not have to provide a photographic array of the officers. If plaintiffs are to attend the deposition of Officer Kelly, defense counsel must provide plaintiffs counsel with a photographic array of not more than 10 pictures, one of the pictures has to be of Officer Kelly, and no other defendants picture is to be included in the photographic array. The photographs should indicate the officers age, weight, and height. The photographs are to be made available for the plaintiffs review at the deposition sight. The plaintiffs are directed to review the photographic array before the start of the deposition of Officer Kelly, and indicate if they recognize any of the officers as one of those they encountered. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

## MESSAGE CONFIRMATION

AUG-18-2008 03:47 PM MON

```
                                        FAX NUMBER   :  3127446566
                                        NAME         :  IDL

NAME/NUMBER    :   98533489
PAGE           :   3
START TIME     :   AUG-18-2008 03:46PM MON
ELAPSED TIME   :   00' 32"
MODE           :   STD ECM
RESULTS        :   [ O.K ]
```

---

# Fax Transmission

**City of Chicago - Department of Law**
30 North LaSalle Street, Chicago, Illinois 60602
Fax: 312-744-3989

| To: | Irene K. Dymkar | Fax No: | 312-853-3489 |
| --- | --- | --- | --- |
| Date: | August 18, 2008 | Pages: | 3, including cover sheet |
| From: | ACC Ashley C. Kosztya & ACC Gail Reich | Direct No: | 312-744-6922 |
| Subject: | Hadnott v. City of Chicago, et al. 07 C 6754 | | |

Comments: Please see attached letter.

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via United States Postal Service. Thank you.

# Fax Transmission

**City of Chicago - Department of Law**
30 North LaSalle Street, Chicago, Illinois 60602

Fax: 312-744-3989

| To: | Irene K. Dymkar | Fax No: | 312-853-3489 |
|---|---|---|---|
| Date: | August 18, 2008 | Pages: | ~~3~~ 2, including cover sheet |
| From: | ACC Ashley C. Kosztya & ACC Gail Reich | Direct No: | 312-744-6922 |
| Subject: | Hadnott v. City of Chicago, et al. 07 C 6754 | | |

Comments: Please see attached letter without attachments and w/ ACC Kosztya's signature.

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via United States Postal Service. Thank you.

---

MESSAGE CONFIRMATION

AUG-18-2008 03:51 PM MON

FAX NUMBER : 3127446566
NAME : IDL

| NAME/NUMBER | : | 98533489 |
| PAGE | : | 2 |
| START TIME | : | AUG-18-2008 03:51PM MON |
| ELAPSED TIME | : | 00'20" |
| MODE | : | STD ECM |
| RESULTS | : | [ O.K ] |

# Fax Transmission

## City of Chicago - Department of Law
30 North LaSalle Street, Chicago, Illinois 60602

Fax: 312-744-3989

| To: | Irene K. Dymkar | Fax No: | 312-853-3489 |
|---|---|---|---|
| Date: | August 18, 2008 | Pages: | ~~8~~ 2, including cover sheet |
| From: | ACC Ashley C. Kosztya & ACC Gail Reich | Direct No: | 312-744-6922 |
| Subject: | Hadnott v. City of Chicago, et al. 07 C 6754 | | |

Comments: Please see attached letter without attachments and w/ ACC Kosztya's signature.

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via United States Postal Service. Thank you.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JONATHAN HADNOTT, JESSIE )
HADNOTT, KEVIN HUNT, and )
BRANDELL BETTS, )
 )
          Plaintiffs, )
  vs. ) No. 07 C 6754
 )
MICHAEL KELLY, MARC JAROCKI, )
PATRICK GILMORE, and CITY OF )
CHICAGO, )
 )
          Defendants. )

    Excerpt of the deposition of MICHAEL KELLY called by the Plaintiffs for examination, pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Kelly A. Siska, Certified Shorthand Reporter and Notary Public in and for the County of LaSalle, State of Illinois, at 150 North Indiana Street, Kankakee, Illinois, commencing at 12:00 o'clock p.m. on the 19th day of August, A.D., 2008.


EXHIBIT B

```
 1   APPEARANCES:

 2        LAW OFFICES OF IRENE K. DYMKAR
          MS. IRENE K. DYMKAR
 3        300 West Adams Street
          Chicago, Illinois  60606
 4        Phone:  (312) 345-0123

 5             On behalf of the Plaintiffs;

 6        ASSISTANT CORPORATION COUNSEL
          MS. GAIL REICH
 7        30 North LaSalle Street
          Suite 1400
 8        Chicago, Illinois  60602
          Phone:  (312) 744-1975
 9
               On behalf of the Defendant,
10             Michael Kelly;

11        ASSISTANT CORPORATION COUNSEL
          MS. ASHLEY C. KOSZTYA
12        30 North LaSalle Street
          Suite 1020
13        Chicago, Illinois  60602
          Phone:  (312) 744-6922
14
               On behalf of the Defendant,
15             City of Chicago.

16

17

18

19

20

21

22

23

24
```

1           (Whereupon, proceedings were had
2           which were not transcribed at
3           this time.)
4      MS. KOSZTYA:  To make the record clear, Counsel
5  was asking Mr. Kelly questions regarding physical
6  descriptions of Mr. Jarocki as well as Mr. Gilmore and
7  went over a description of certain types of police
8  vehicles.  Once again, I'm just going to ask Counsel
9  whether or not she plans on disseminating this
10 information to her clients.
11     MS. DYMKAR:  I'm not being deposed.
12     MS. KOSZTYA:  Pardon me?
13     MS. DYMKAR:  I'm not being deposed.
14     MS. KOSZTYA:  Are you going to answer the
15 question?
16     MS. DYMKAR:  I'm not being deposed.
17     MS. KOSZTYA:  So you're not answering the
18 question.
19     MS. DYMKAR:  I'm done.  Thank you.
20     MS. KOSZTYA:  We would like to put the
21 information regarding the physical descriptions of all
22 three defendants as well as the description of the
23 vehicles under seal.
24     MS. DYMKAR:  No.  It can't go under seal unless

```
 1  all sides agree.
 2      MS. KOSZTYA:  Are you agreeing to it or
 3  disagreeing?
 4      MS. DYMKAR:  I'm not agreeing.
 5      MS. REICH:  We're asking that you agree to keep
 6  it all under seal.
 7      MS. DYMKAR:  I will follow all court orders, and
 8  the deposition is not over.
 9      MS. KOSZTYA:  And we are asking you not to
10  disseminate any information to your clients regarding
11  the physical descriptions of the defendants or of the
12  vehicles.  We'd also like to call Judge Brown right
13  now.  Do you have any objection to us calling Judge
14  Brown?
15      MS. DYMKAR:  Yes.  I'm not going to be part of
16  that conversation.
17      MS. REICH:  By my understanding of Counsel's
18  statement, she is refusing to keep this information
19  regarding the physical characteristics of Officer
20  Kelly, Officer Jarocki, and Officer Gilmore as well as
21  the vehicles under seal and to keep that information
22  to herself.  We have attempted -- we've made a good
23  faith attempt to come to an agreement regarding this
24  issue in light of the court order entered by Judge
```

1  Schenkier on August 12th, 2008, and Counsel will not
2  agree.  Therefore, we find it necessary to call Judge
3  Brown on this matter immediately.
4            The one remaining issue is regarding --
5       MS. DYMKAR:  You cannot call Judge Brown unless
6  all parties consent.
7       MS. REICH:  I don't really think that that's the
8  case, Counsel.  To the contrary, you call the judge
9  because you cannot consent -- because you cannot agree
10 to anything.
11           The one remaining thing is whether Officer
12 Kelly reserves or waives his signature.  In light of
13 the fact that he is departing and is going to be
14 deployed to Afghanistan, this poses a bit of a dilemma
15 should the transcript of this deposition be ordered.
16 To that extent, we are reserving signature, although I
17 would like to make it very clear on the record that
18 should this transcript be ordered that Officer Kelly
19 will not have the opportunity to review the transcript
20 for any errors and create an errata sheet until his
21 return from Afghanistan.  And so, therefore, I ask
22 that that requirement be reserved until such time as
23 he returns and has 30 days to review it from it being
24 tendered to him.

6

1     MS. KOSZTYA:  I have nothing further.
2     MS. DYMKAR:  He'll get whatever rights he has
3 under the law.
4     MS. REICH:  And also for the record, this matter
5 will be stayed as to Officer Kelly as of August 21st,
6 2008.  I think that does it.
7               (whereupon, proceedings were had
8                which were not transcribed at
9                this time.)

```
 1  STATE OF ILLINOIS  )
                      ) SS.
 2  COUNTY OF LaSALLE  )

 3
            I, Kelly A. Siska, Certified Shorthand
 4
    Reporter and Notary Public, do hereby certify that on
 5
    the 19th day of August, A.D., 2008, the deposition of
 6
    the witness, MICHAEL KELLY, called by the Plaintiffs,
 7
    was taken before me, reported stenographically, and
 8
    was thereafter reduced to typewriting under my
 9
    direction.
10
            The said deposition was taken at 150 North
11
    Indiana Street, Kankakee, Illinois, and there were
12
    present counsel as previously set forth.
13
            The said witness, MICHAEL KELLY, was first
14
    duly sworn to tell the truth, the whole truth, and
15
    nothing but the truth, and was then examined upon oral
16
    interrogatories.
17
            I further certify that the foregoing is an
18
    excerpt of the questions asked of and answers made by
19
    the said witness, MICHAEL KELLY, at the time and place
20
    hereinabove referred to.
21

22

23

24
```

```
 1          The signature of the witness, MICHAEL KELLY,
 2  was reserved by agreement of counsel.
 3          The undersigned is not interested in the
 4  within case, nor of kin or counsel to any of the
 5  parties.
 6          Witness my official signature and seal as
 7  Notary Public in and for LaSalle County, Illinois, on
 8  this 19th day of August, A.D., 2008.
 9
10
11
12
13
14
15                    _____
                      KELLY A. SISKA, CSR
16                    205 West Randolph Street
                      Suite 510
17                    Chicago, Illinois 60606
                      Phone:  (312) 236-6936
18
19  CSR No. 084-002761
20
21
22
23
24
```