IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, KEVIN HUNT, and BRANDELL BETTS )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL KELLY, MARC JAROCKI, PATRICK GILMORE, and CITY OF CHICAGO, )<br>)<br>Defendants. ) | 07 C 6754<br><br>Judge David H. Coar<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

To:   Irene K. Dymkar
      Attorney for Plaintiffs
      300 W. Adams, Suite 330
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT MOTION TO PLACE CERTAIN INFORMATION UNDER SEAL AND FOR ENTRY OF PROTECTIVE ORDER.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Shenkier, or before such other Judge sitting in his place or stead, on the 27th day of August, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

**DATED** at Chicago, Illinois August 20, 2008.

                                        Respectfully submitted,

                                        /s/ Gail L. Reich
                                        Gail L. Reich
                                        Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-1975
ATTY. NO.  06279564

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused true and correct copies of the above and foregoing **DEFENDANTS' JOINT MOTION TO PLACE CERTAIN INFORMATION UNDER SEAL AND FOR ENTRY OF PROTECTIVE ORDER via electronic filing** to the persons named in the foregoing Notice at the addresses therein shown, on August 20, 2008.

                              /s/ Gail L. Reich
                              Gail L. Reich
                              Assistant Corporation Counsel