*Irene K. Dymkar*
*Attorney at Law*
**300 West Adams, Suite 330**
**Chicago, IL 60606-5107**
*(312) 345-0123*
*fax (312) 853-3489*
*dymkarlaw@ameritech.net*

August 13, 2008

**Delivered by fax and mail**

Gail Reich
City of Chicago, Department of Law
30 N. LaSalle, Suite 1040
Chicago, IL 60606

Ashley C. Kosztya
City of Chicago, Department of Law
30 N. LaSalle, Suite 1020
Chicago, IL 60606

Re: Hadnott v. City of Chicago, 07 C 6754

Dear Counsel:

As you know, Judge Schenkier has reaffirmed his order that the deposition of Michael Kelly take place before August 21, 2008. Since you met with him yesterday and time is short, please tell me what dates Mr. Kelly is available before the deadline. Pursuant to Magistrate Judge Schenkier's direction, we are informing you that plaintiffs intend to attend the deposition.

Sincerely,

Irene K. Dymkar