

**City of Chicago**
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)
http://www.cityofchicago.org

August 18, 2008

Irene Dymkar
Attorney for Plaintiffs
300 W. Adams, Suite 330
Chicago, IL 60606

Via Facsimile & U.S. Mail

Re: **Hadnott v. Kelly, et al., 07 C 6754**

Dear Counsel,

I write regarding your request today that the deposition of Michael Kelly begin earlier. I have spoken with my client and he can be available for deposition starting at approximately 11:30am.

As discussed in our prior correspondence to you today, if all plaintiffs will be attending Michael Kelly's deposition, then the photo array will take place immediately prior to the deposition. If fewer than all plaintiffs show up for the deposition, they will not be able to attend.

I will be leaving the office early today, and neither Ms. Kosztya nor I will be coming into the office prior to the deposition tomorrow morning. Please confirm with both Ms. Kosztya (312-744-6922) and myself (312-744-1975) the location of the deposition by leaving a voice mail.

Kind Regards,

Gail Reich
Assistant Corporation Counsel
Attorney for Defendants Michael Kelly,
Marc Jarocki and Patrick Gilmore

Ashley Kosztya
Assistant Corporation Counsel
Attorney for City of Chicago


