UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jonathan Hadnott, et al.
                    Plaintiff,

v.                                                Case No.: 1:07−cv−06754
                                                  Honorable David H. Coar

City of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Motion hearing held. Defendants joint motion to place certain information under seal and for entry of protective order (doc. # 73) is granted. All portions of the Kelly deposition transcript that contain physical identifying information about any of the defendants or about their vehicles is placed under seal, and may not be disclosed to any of the plaintiffs. By 09/10/08, plaintiff's counsel shall submit to the Court any authority supporting her contention that she may assert attorney client privilege as a basis for refusing to disclose to the Court whether she has already given the foregoing information to any of the plaintiffs. Defendants response is due by 09/24/08. The status hearing set for 09/04/08 is stricken and reset to 10/01/08 at 11:30 a.m.Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.