IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN HADNOTT et. al., | ) |
| Plaintiff, | ) |
| v. | ) No. 07 C 06754 |
| UNKNOWN UNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT et al, | ) Judge Coar |
| | ) Judge Schenkier |
| Defendants. | ) |

**DEFENDANT CITY OF CHICAGO'S MOTION
TO WITHDRAW APPEARANCE OF MELANIE PATRICK NEELY**

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel for the City, respectfully request that this Court permit it to withdraw the appearance of Melanie Patrick Neely as counsel of record for the City. In support of its motion, the City states:

1. Melanie Patrick Neely, Assistant Corporation Counsel, filed an appearance on behalf of the City in this matter on January 16, 2008.

2. As a result of internal reorganization within the City's Law Department, Mrs. Neely is no longer assigned to this case.

3. The City, therefore, seeks to withdraw the appearance of Mrs. Neely as counsel of record for the City.

4. Ashley Koszytya, Assistant Corporation Counsel, remains as an attorney of record for the City.

5. This motion is not intended to cause any delay in the proceedings nor cause prejudice to plaintiff.

WHEREFORE, for the above-stated reasons, Defendant respectfully requests that this Court grant its motion to withdraw Melanie Patrick Neely as counsel of record for the City.

        Respectfully submitted,

        Mara S. Georges
        Corporation Counsel

By:   */s/ Melanie Patrick Neely*
       Melanie Patrick Neely
       Assistant Corporation Counsel

Employment Litigation
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-5114