UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN HADNOTT et. al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 CV 06754 |
| | ) | |
| UNKNOWN UNAMED OFFICERS OF | ) | Judge Coar |
| THE CHICAGO POLICE DEPARTMENT | ) | |
| et al, | ) | Judge Schenkier |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:  Irene K. Dymkar
     300 West Adams, Suite 330
     Chicago, IL 60606

**PLEASE TAKE NOTICE** that on September 2, 2008, the City of Chicago, electronically filed its **Motion to Withdraw Appearance of Melanie Patrick Neely** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge David H. Coar, or before such other Judge or Magistrate Judge sitting in his stead, in courtroom 1419, located at 219 S. Dearborn Street, on **September 10, 2008 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, and present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the person named above at the addresses shown this 2nd day of September, 2008.

                                        Respectfully submitted,
                                        MARA S. GEORGES
                                        Corporation Counsel of the
                                        City of Chicago

Employment Litigation
30 North LaSalle Street, Suite 1020     By:   s/ *Melanie Patrick Neely*
Chicago, Illinois 60602                       MELANIE PATRICK NEELY
(312) 744-5114                                Assistant Corporation Counsel