## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Jonathan Hadnott, et al.
                    Plaintiff,

v.                                                    Case No.: 1:07−cv−06754
                                                      Honorable David H. Coar

City of Chicago, et al.
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, September 9, 2008:

MINUTE entry before the Honorable David H. Coar: MOTION by counsel for Defendant City of Chicago to withdraw Melanie Neely as attorney [78] is granted. Attorney Melanie Patrick Neely terminated. Parties need not appear on the presentment date of 9/10/2008.Mailed notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.