# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN HADNOTT, JESSIE HADNOTT, KEVIN HUNT, and BRANDELL BETTS, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6754 |
| v. | ) ) | Judge David H. Coar |
| MICHAEL KELLY, MARC JAROCKI, PATRICK GILMORE, and CITY OF CHICAGO, | ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To:    Ashley C. Kosztya               Gail Reich
City of Chicago, Department of Law    City of Chicago, Department of Law
30 N. LaSalle, Suite 1020             30 N. LaSalle, Suite 1400
Chicago, IL 60602                     Chicago, IL 60602


PLEASE TAKE NOTICE that plaintiffs shall appear before Magistrate Judge Sidney I. Schenkier on the 1st day of October, 2008, at 8:30 AM, or as soon thereafter as counsel may be heard, and then and there present PLAINTIFFS' *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO SUBMIT MEMORANDUM AND FOR ADJUSTMENT IN BRIEFING SCHEDULE.

Dated: September 10, 2008              /s  Irene K. Dymkar
                                          Irene K. Dymkar


Irene K. Dymkar
Plaintiffs' Attorney
300 W. Adams Street, Suite 330
Chicago, IL 60606-5107
(312) 345-0123

**CERTIFICATE OF SERVICE**

       I, Irene K. Dymkar, an attorney, certify that on the 10th day of September, 2008, a copy of this notice, as well as the motion of which it gives notice, were served upon the attorney for defendants named above through the Court's electronic filing system.

Dated: September 10, 2008           /s  Irene K. Dymkar_____
                                   Irene K. Dymkar

2