UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Jonathan Hadnott, et al.
        Plaintiff,

v.              Case No.: 1:07−cv−06754
              Honorable David H. Coar

City of Chicago, et al.
        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 15, 2008:

  MINUTE entry before the Honorable Sidney I. Schenkier: Plaintiff's unopposed motion for extension of time to file [82] is granted. Plaintiff is to submit memorandum by 9/17/08. Defendants' response is to be filed by 10/1/08. Status hearing set for 10/1/08 is reset to 10/15/2008 at 10:00 AM. For future purposes, all motions are to state if they are opposed or unopposed. Any motion that does not so state, will be summarily stricken. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.