# EXHIBIT A

*Hadnott v. Kelly, et al.*
07 C 6754

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois, Eastern division

| | | |
|---|---|---|
| Jonathan Hadnott, et al., | ) | |
| v. | ) | Case No.:   07 C 6754 |
| Michael Kelly, et al. | ) | |
| | ) | |
| | ) | |

## Bill of Costs

Judgment having been entered in the above entitled action   02-24-09   against   Attorney Irene Dymkar   ,
                                                                                            Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 678.44 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case. . . . . . . . . . . . . | $34.65 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Westlaw Legal Research   $3,088.65 |
| TOTAL   $ | $3,801.74 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

X        Electronic service by e-mail as set forth below and/or.

☐        Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:        s/Ashley C. Kosztya & s/Gail L. Reich

Name of Attorney:        Ashley C. Kosztya & Gail L. Reich

For:   Defendants City of Chicago and Defendants Michael Kelly, Patrick Gilmore & Marc Jarocki        Date:   January 26, 2010

Name of Claiming Party

Costs are taxed in the amount of        $3,801.74        and included in the judgment.

By: _____        _____

✎AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | |
|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost |
| | | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)©, (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# JENSEN REPORTING

*Whenever you need it. Whatever it takes.*

205 West Randolph Street, 5th Floor • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 166574 | 8/20/2008 | 48482 |
| Job Date | Case No. | |
| 8/19/2008 | 06 C 6754 | |
| Case Name | | |
| Hadnott vs. City of Chicago | | |
| Payment Terms | | |
| Net 30 | | |

Ashley Kosztya
City of Chicago
30 North LaSalle Street
Suite 1020
Chicago, IL

ORIGINAL TRANSCRIPT OF:
  Michael Kelly (excerpt)

                                        45.84

Michael Kelly (Excerpt) 8 Pages

*Daily Delivery*

Sent via e-mail on 8-20-08

**TOTAL DUE >>>**    **$45.84**

| | |
|---|---|
| (-) Payments/Credits: | 45.84 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID: 36-3811129**

Phone: 312-744-1020    Fax:

*Please detach bottom portion and return with payment.*

Ashley Kosztya
City of Chicago
30 North LaSalle Street
Suite 1020
Chicago, IL

| | | | |
|---|---|---|---|
| Job No. | : 48482 | BU ID | :1-MAIN |
| Case No. | : 06 C 6754 | | |
| Case Name | : Hadnott vs. City of Chicago | | |

Invoice No. : 166574      Invoice Date :8/20/2008
**Total Due** : $ 0.00

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Jensen Reporting**
         **205 West Randolph Street, 5th Floor**
         **Chicago, IL 60606**

UNITED STATES DISTRICT COURT
For the Northern District of Illinois

I N V O I C E

TO:                          NOTE: Make check payable to:

GAIL LYNN REICH              Riki Schatell
CITY OF CHICAGO              6033 N. Sheridan Road, #28-K
    30 N. LaSalle Street         Chicago, IL  60660

Suite 1400
Chicago, IL  60602           Telephone 773/728-7281

Sent e-mail to:  greich@cityofchicago.org

TRANSCRIPTS: _____ CRIMINAL _____X_____ CIVIL

DATE ORDERED: ___8-27-08___   DATE DELIVERED: ___9-2-08___
Hadnott vs. Kelly, et al., 07-cv-6754, Hearing of 8-27-08 before
Mag. Judge Schenkier

| | ORIGINAL | | | CHARGES 1ST COPY | | | ADD'L COPIES | | | CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pages | Price | Sub | Pages | Price | Sub | Pages | Price | Sub | |
| EXPTD | 13 | $ 4.85 | | | | | | | | $ 63.05 |

Total____ $ 63.05

Discount for Late Delivery_____

Less amount of Deposit_____

TOTAL REFUNDED_____

TOTAL DUE_____ $ 63.05

CERTIFICATION

I certify that the transcript fee charged and page format used comply with
the requirements of this court and the Judicial Conference of the United
States.

/s/  Riki Schatell            Date:   September 2, 2008

# INVOICE

JENSEN REPORTING

*Whenever you need it. Whatever it takes.*

205 West Randolph Street, 5th Floor • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 167816 | 9/11/2008 | 48482 |
| **Job Date** | **Case No.** | |
| 8/19/2008 | 06 C 6754 | |
| **Case Name** | | |
| Hadnott vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Ashley Kosztya
City of Chicago
30 North LaSalle Street
Suite 1020
Chicago, IL

ORIGINAL TRANSCRIPT OF:

Michael Kelly

   Condensed Transcript              155.00  Pages           519.25

   Courier                                                25.00

                                                        10.00

TOTAL DUE  >>>         **$554.25**

Delivered on 9-11-08

(-) Payments/Credits:     554.25
(+) Finance Charges/Debits:     0.00
(=) New Balance:     **0.00**

**Tax ID:** 36-3811129

Phone: 312-744-1020    Fax:

*Please detach bottom portion and return with payment.*

Ashley Kosztya
City of Chicago
30 North LaSalle Street
Suite 1020
Chicago, IL

Job No.   : 48482       BU ID    :1-MAIN
Case No.  : 06 C 6754
Case Name : Hadnott vs. City of Chicago

Invoice No. : 167816       Invoice Date :9/11/2008
**Total Due  : $ 0.00**

## PAYMENT WITH CREDIT CARD

AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Jensen Reporting**
           **205 West Randolph Street, 5th Floor**
           **Chicago, IL 60606**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 00080227

## MAKE CHECKS PAYABLE TO:

Ashley C. Kosztya
City of Chicago
30 North LaSalle Street
Suite 1400
Chicago, IL 60602
Phone:

CHARLES R. ZANDI, CSR, FCRR
Official Court Reporter
461 Tahoe Street
Park Forest, IL 60466

Phone:    (312) 435-5387

Tax ID:   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
charles_zandi@ilnd.uscourts.gov

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 10-23-2008 | DATE DELIVERED: 10-28-2008 |
|---|---|---|

**Case Style:** 07 C 6754, Hadnott, et al. v City of Chicago, et al.
10/23/08 transcript of proceedings before the Hon. Sidney I. Schenkier.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 17 | 0.90 | 15.30 | | 0.60 | | 15.30 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 15.30 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |

| **Check No: 83264**   **Date Paid: 10-28-2008**   **Amt: $15.30** | **TOTAL DUE:** | **$0.00** |
|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 01-14-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| **Account: 1000585405** | | | | | | | |
| Client 57-HADNOTT V. CITY | | | | | | | |
| User Name ESBROOK,ASHLEY (6105352) | | | | | | | |
| Day 10/01/2008 | | | | | | | |
| Included | | | | | | | |
| COMMUNICATIONS | | | | 2:17:33 | $29.79 | $4.15 | $33.94 |
| HOURLY CONNECT | | | | | $0.00 | $0.00 | $0.00 |
| ALLFILES | 1:17:02 | | | | $569.27 | $0.00 | $569.27 |
| STANDARD | 0:39:13 | | | | $185.92 | $0.00 | $185.92 |
| STANDARD - CODES | 0:19:58 | | | | $113.40 | $0.00 | $113.40 |
| SUPER ALLFILES | 0:01:20 | | | | $11.12 | $0.00 | $11.12 |
| WESTLAW DOCUMENTS | | | 2 | | $20.00 | $0.00 | $20.00 |
| **Totals for Day 10/01/2008** | 2:17:33 | | 2 | 2:17:33 | $929.50 | $4.15 | $933.65 |
| Day 11/06/2008 | | | | | | | |
| Included | | | | | | | |
| COMMUNICATIONS | | | | 0:35:04 | $7.62 | $1.05 | $8.67 |
| HOURLY CONNECT | | | | | $0.00 | $0.00 | $0.00 |
| ALLFILES | 0:04:59 | | | | $36.83 | $0.00 | $36.83 |
| STANDARD | 0:27:03 | | | | $128.23 | $0.00 | $128.23 |
| STANDARD - CODES | 0:03:02 | | | | $17.23 | $0.00 | $17.23 |
| **Totals for Day 11/06/2008** | | | | 0:35:04 | $189.91 | $1.05 | $190.96 |
| Totals for User Name ESBROOK,ASHLEY (6105352) | 2:52:37 | | 2 | 2:52:37 | $1,119.41 | $5.20 | $1,124.61 |
| **Totals for Client 57-HADNOTT V. CITY** | 2:52:37 | | 2 | 2:52:37 | $1,119.41 | $5.20 | $1,124.61 |
| | | | | | | | |
| Client 57-HADNOTT V. CITY-07C6754 | | | | | | | |
| User Name REICH,GAIL (3514145) | | | | | | | |
| Day 11/05/2008 | | | | | | | |
| Included | | | | | | | |
| COMMUNICATIONS | | | | 0:17:34 | $3.80 | $0.52 | $4.32 |
| HOURLY CONNECT | 0:00:12 | | | | $0.00 | $0.00 | $0.00 |
| ALLFILES | 0:17:22 | | | | $1.48 | $0.00 | $1.48 |
| STANDARD | | | | | $82.32 | $0.00 | $82.32 |
| **Totals for Day 11/05/2008** | | | | 0:17:34 | $87.60 | $0.52 | $88.12 |
| Totals for User Name REICH,GAIL (3514145) | 0:17:34 | | | 0:17:34 | $87.60 | $0.52 | $88.12 |
| **Totals for Client 57-HADNOTT V. CITY-07C6754** | 0:17:34 | | | 0:17:34 | $87.60 | $0.52 | $88.12 |
| | | | | | | | |
| Client 57-HADNOTT V. KELLY 07CV6754 | | | | | | | |
| User Name REICH,GAIL (3514145) | | | | | | | |
| Day 09/18/2008 | | | | | | | |
| Included | | | | | | | |
| COMMUNICATIONS | | | | 0:10:16 | $2.23 | $0.30 | $2.53 |
| HOURLY CONNECT | 0:07:30 | | | | $0.00 | $0.00 | $0.00 |
| ALLFILES | 0:02:46 | | | | $55.43 | $0.00 | $55.43 |
| STANDARD | | | | | $13.12 | $0.00 | $13.12 |
| WESTLAW DOCUMENTS | | | 18 | | $180.00 | $0.00 | $180.00 |
| **Totals for Day 09/18/2008** | 0:10:16 | | 18 | 0:10:16 | $250.78 | $0.30 | $251.08 |
| Totals for User Name REICH,GAIL (3514145) | 0:10:16 | | 18 | 0:10:16 | $250.78 | $0.30 | $251.08 |
| **Totals for Client 57-HADNOTT V. KELLY 07CV6754** | 0:10:16 | | 18 | 0:10:16 | $250.78 | $0.30 | $251.08 |

## Account: CHICAGO LAW DEPT, CHICAGO IL (1000585405)
### Date Range: September 01, 2008 - November 20, 2008
### Report Format: Detail-Account by Client by User by Day (Targeted)

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| **Client 57-HADNOTT V. KELLY- 07C\V6754** | | | | | | | |
| **User Name REICH,GAIL (3514145)** | | | | | | | |
| Day 09/03/2008 | | | | | | | |
| Included | | | | | | | |
| COMMUNICATIONS | | | | | $3.81 | $0.53 | $4.34 |
| HOURLY CONNECT | | | | | $0.00 | $0.00 | $0.00 |
| ALLFILES | 0:14:22 | | | 0:17:30 | $106.17 | $0.00 | $106.17 |
| STANDARD | 0:03:08 | | | | $14.86 | $0.00 | $14.86 |
| WESTLAW DOCUMENTS | | | 4 | | $40.00 | $0.00 | $40.00 |
| **Totals for Day 09/03/2008** | 0:17:30 | | 4 | 0:17:30 | $164.84 | $0.53 | $165.37 |
| Day 09/23/2008 | | | | | | | |
| Included | | | | | | | |
| COMMUNICATIONS | | | | | $10.51 | $1.47 | $11.98 |
| HOURLY CONNECT | | | | | $0.00 | $0.00 | $0.00 |
| ALLFILES | 0:42:44 | | | 0:48:31 | $315.80 | $0.00 | $315.80 |
| STANDARD | 0:05:47 | | | | $27.41 | $0.00 | $27.41 |
| WESTLAW DOCUMENTS | | | 6 | | $60.00 | $0.00 | $60.00 |
| **Totals for Day 09/23/2008** | 0:48:31 | | 6 | 0:48:31 | $413.72 | $1.47 | $415.19 |
| **Totals for User Name REICH,GAIL (3514145)** | 1:06:01 | | 10 | 1:06:01 | $578.56 | $2.00 | $580.56 |
| **Totals for Client 57-HADNOTT V. KELLY- 07C\V6754** | 1:06:01 | | 10 | 1:06:01 | $578.56 | $2.00 | $580.56 |
| | | | | | | | |
| **Client 57-HADNOTT V. KELLY- 07C6754** | | | | | | | |
| **User Name REICH,GAIL (3514145)** | | | | | | | |
| Day 11/14/2008 | | | | | | | |
| Included | | | | | | | |
| COMMUNICATIONS | | | | | $4.57 | $0.64 | $5.21 |
| HOURLY CONNECT | | | | | $0.00 | $0.00 | $0.00 |
| ALLFILES | 0:04:48 | | | 0:21:05 | $35.47 | $0.00 | $35.47 |
| STANDARD | 0:16:17 | | | | $77.20 | $0.00 | $77.20 |
| WESTLAW DOCUMENTS | | | 4 | | $40.00 | $0.00 | $40.00 |
| **Totals for Day 11/14/2008** | 0:21:05 | | 4 | 0:21:05 | $157.24 | $0.64 | $157.88 |
| **Totals for User Name REICH,GAIL (3514145)** | 0:21:05 | | 4 | 0:21:05 | $157.24 | $0.64 | $157.88 |
| **Totals for Client 57-HADNOTT V. KELLY- 07C6754** | 0:21:05 | | 4 | 0:21:05 | $157.24 | $0.64 | $157.88 |
| | | | | | | | |
| **Client 57-HADNOTT V.KELLY-07C6754** | | | | | | | |
| **User Name REICH,GAIL (3514145)** | | | | | | | |
| Day 11/13/2008 | | | | | | | |
| Included | | | | | | | |
| COMMUNICATIONS | | | | | $7.32 | $1.01 | $8.33 |
| HOURLY CONNECT | | | | | $0.00 | $0.00 | $0.00 |
| ALLFILES | 0:32:33 | | | 0:33:45 | $240.54 | $0.00 | $240.54 |
| STANDARD | 0:01:12 | | | | $5.70 | $0.00 | $5.70 |
| WESTLAW DOCUMENTS | | | 2 | | $20.00 | $0.00 | $20.00 |
| **Totals for Day 11/13/2008** | 0:33:45 | | 2 | 0:33:45 | $273.56 | $1.01 | $274.57 |
| **Totals for User Name REICH,GAIL (3514145)** | 0:33:45 | | 2 | 0:33:45 | $273.56 | $1.01 | $274.57 |
| **Totals for Client 57-HADNOTT V.KELLY-07C6754** | 0:33:45 | | 2 | 0:33:45 | $273.56 | $1.01 | $274.57 |
| | | | | | | | |
| **Client 57-HADNOTT-07C\V6754** | | | | | | | |
| **User Name REICH,GAIL (3514145)** | | | | | | | |
| Day 11/19/2008 | | | | | | | |

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|
| Included | | | | | | | |
| COMMUNICATIONS | | | | | $12.70 | $1.77 | $14.47 |
| HOURLY CONNECT | | | | 0:58:36 | $0.00 | $0.00 | $0.00 |
| ALLFILES | 0:58:12 | | | | $430.10 | $0.00 | $430.10 |
| STANDARD | 0:00:24 | | | | $1.89 | $0.00 | $1.89 |
| Totals for Day 11/19/2008 | 0:58:36 | | | 0:58:36 | $444.69 | $1.77 | $446.46 |
| Totals for User Name REICH,GAIL (3514145) | 0:58:36 | | | 0:58:36 | $444.69 | $1.77 | $446.46 |
| Totals for Client 57-HADNOTT-07CV8754 | 0:58:38 | | | 0:58:36 | $444.69 | $1.77 | $446.46 |
| Totals for Account 1000585405 | 6:19:54 | | 36 | 6:19:54 | $2,911.84 | $11.44 | $2,923.28 |
| Report Totals | 6:19:54 | | 36 | 6:19:54 | $2,911.84 | $11.44 | $2,923.28 |

**FEES FOR COPIES OF PAPERS**

| DATE | DESCRIPTION | # PAGES | COPIES | COST $0.15/PG |
|---|---|---|---|---|
| 8/20/2008 | download, print, & photocopy DE Nos. 73 & 74 | 17 | 3 | $ 7.65 |
| 8/25/2008 | download, print & photocopy DE No. 75 | 7 | 2 | $ 2.10 |
| 8/27/2008 | download, print & photocopy DE No. 77 | 1 | 2 | $ 0.30 |
| 9/10/2008 | download, print & photocopy DE Nos. 82 & 83 | 5 | 2 | $ 1.50 |
| 9/17/2008 | download & print Plaintiff's response to answer re: communications | 8 | 2 | $ 2.49 |
| 10/1/2008 | download, print, & photocopy DE No. 86 | 8 | 3 | $ 3.60 |
| 10/20/2008 | download, print & photocopy DE Nos.92, 93 | 4 | 2 | $ 1.20 |
| 10/23/2008 | download, print & photocopy DE No. 94 | 5 | 2 | $ 1.50 |
| 10/24/2008 | download, print & photocopy DE No. 95 | 1 | 2 | $ 0.30 |
| 10/31/2008 | download, print & photocopy DE No. 99 & 100 | 13 | 2 | $ 3.90 |
| 11/5/2008 | download, print & photocopy DE No. 104 | 1 | 2 | $ 0.30 |
| 2/23/2009 | download, print & photocopy DE Nos. 140 & 141 | 6 | 3 | $ 2.70 |
| 2/24/2009 | download, print & photocopy DE Nos. 144 & 145 | 14 | 3 | $ 6.30 |
| 2/26/2009 | download, print & photocopy DE No. 146 | 1 | 3 | $ 0.45 |
| 3/3/2009 | download, print & photocopy DE No. 148 | 1 | 3 | $ 0.45 |
| TOTAL | | | | $ 34.65 |