# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20101002

| | |
|---|---|
| Ashley C. Kosztya<br>City of Chicago-Department of Law<br>Individual Defense Litigation<br>30 North LaSalle Street, Suite 1400<br>Chicago, IL 60602<br><br>Phone: (312) 744-2837<br>FAX: (312) 744-6566<br><br>*glyanow@cityofchicago.org* | ─**MAKE CHECKS PAYABLE TO:**─<br>KRISTA FLYNN BURGESON, CSR RMR CRR<br>Federal Official Court Reporter<br>219 South Dearborn Street<br>Room 1944<br>Chicago, IL 60604<br><br>Phone: (312) 435-5567<br>FAX (847) 998-9783<br>Tax ID: ___-__-____<br>*Krista_Burgeson@ilnd.uscourts.gov* |

| CRIMINAL ☐  CIVIL ☒ | DATE ORDERED:<br>05-11-2011 | DATE DELIVERED:<br>05-12-2011 |
|---|---|---|

**Case Style:** 07 C 6754, Hadnott v City of Chicago

```
Transcript of Proceedings of Pre-Trial Conference heard before
Judge Edmond E. Chang on 5-10-2011.
Daily copy deliver of original printed transcript and emailed PDF file.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 70 | 7.25 | 507.50 | | | | | | | 507.50 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 507.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| Date Paid:        Amt: | TOTAL DUE: $507.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are
cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 02011063

**MAKE CHECKS PAYABLE TO:**

Ashley C. Kosztya
City of Chicago Law Department
30 North LaSalle Street
Room 1020
Chicago, IL 60602

Phone: (312) 744-2826

ashley.kosztya@cityofchicago.org

Tracey D. McCullough, CSR, RPR
Official Court Reporter
219 South Dearborn Street
Suite 1426
Chicago, IL 60604

Phone: (312) 922-3716

Tax ID:
traceydmc@aol.com

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | | 04-18-2011 | 04-19-2011 |

**Case Style:** 07 C 6754, Jonathan hadnott, et al v Unknown Officers, et al

Transcript of proceedings before the Hon. David H. Coar on 4/22/10 - motion

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 18 | 0.90 | 16.20 | | | | 16.20 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 16.20 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:** **Amt:** | TOTAL DUE: | $16.20 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | | DATE |
|---|---|---|
| **Tracey McCullough** | Digitally signed by Tracey McCullough DN: cn=Tracey McCullough, ou=Federal Judiciary, o=U.S.Government, c=US Date: 2011.04.18 18:22:24 -05'00' | 04-18-2011 |

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20101029

**MAKE CHECKS PAYABLE TO:**

Ashley C. Kosztya
City of Chicago-Department of Law
Individual Defense Litigation
30 North LaSalle Street, Suite 1400
Chicago, IL 60602

Phone: (312) 744-2837
FAX: (312) 744-6566

glyanow@cityofchicago.org

KRISTA FLYNN BURGESON, CSR RMR CRR
Federal Official Court Reporter
219 South Dearborn Street
Room 1944
Chicago, IL 60604

Phone: (312) 435-5567
FAX: (847) 998-9783
Tax ID:
Krista_Burgeson@ilnd.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 06-30-2011 | DATE DELIVERED: 07-01-2011 |
|---|---|---|---|

**Case Style:** 07 C 6754, Hadnott v City of Chicago

Transcript of Proceedings heard before Judge Edmond E. Chang on
6-30-2011.
Daily copy delivery of original printed transcript and emailed PDF file.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 19 | 7.25 | 137.75 | | | | | | | 137.75 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 137.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:        Amt: | TOTAL DUE: | $137.75 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE _Krista Burgeson_ | DATE 7-1-11 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

## Invoice

**FIRM**

MS. GAIL REICH
ASSISTANT CORPORATION COUNSEL
FEDERAL CIVIL RIGHTS LITIGATION DIVISION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602-2502

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 70780 | 3/16/2009 | 300 |

| TOTAL | $300.00 | PAYABLE UPON RECEIPT |
|---|---|---|

| Case Name | CAUSE |
|---|---|
| HADNOTT v. CITY OF C... | |

| 07 C 6754 | JONATHAN HADNOTT, VOL II | 03/10/2009 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. GAIL REICH<br><br>CITY ATTENDANCE W/NO WRITE<br>03/10/2009  DEPOSITION OF JONATHAN HADNOTT, VOLUME II | 6 | 50.00 | 300.00 |

1. Case Name: *Jonathan Hadnott*
2. Case Number: *O7C6754*
3. Client Dept: *CPD*
4. Atty Signature: *Megan Mc*
5. Date Approved: *3/31/09*
6. Law Dept. Division: *FCRLD*

MAR 2 5 2009

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>70780 | *PAYABLE UPON RECEIPT* | Total | $300.00 |
|---|---|---|---|---|

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

  

# DCM COURT REPORTING, INC.

# Invoice

79 WEST MONROE STREET
SUITE 810
CHICAGO, IL 60603

| Date | Invoice # 0100 |
|---|---|
| 12/3/2009 | 1020 |

| Bill To |
|---|
| CITY OF CHICAGO-DEPARTMENT OF LAW |
| ATTN: MS. Ashley C. Kosztya |
| 30 NORTH LASALLE STREET |
| SUITE 900 |
| CHICAGO, IL 60602 |

*12-29-09*
*OK to Pay*
*Hadnott v. Kelly*
*07 C 6754*
*Acc a.e. Kosztya*

RECEIVED 2009 DEC -4 PM 2:39 BY IND. DEFENSE LITIGATION

| Job Date | Terms | TAX I.D. 26-3400498 |
|---|---|---|
| 11/13/09 | Net 30 | |

| Job Type | Quantity | Job Name | Rate | Amount Due |
|---|---|---|---|---|
| DEPOSITION | 2 | IN RE THE MATTER OF: JONATHAN HADNOTT VS. CITY OF CHICAGO;  07 C 6754 | 50.00 | 100.00 |
| REG ORIG. | 68 | REGULAR ORIGINAL TRANSCRIPT OF SADIE TYLER | 4.25 | 289.00 |
| DELIVERY | | POSTAGE AND DELIVERY | 6.00 | 6.00 |
| 2 % DISCOUNT | | 2 % DISCOUNT PER CONTRACT | -7.90 | -7.90 |
| | | RPTR- TONJA | | |
| | | THANK YOU | | |

| Phone # |
|---|
| 312-704-4525 |

| Total | $387.10 |
|---|---|

# INVOICE



## JENSEN REPORTING

*Whenever you need it. Whatever it takes.*
### Worldwide Coverage
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 175190 | 1/13/2009 | 51200 |
| **Job Date** | **Case No.** | |
| 11/26/2008 | 06 C 6754 | |
| **Case Name** | | |
| Hadnott vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

---

ORIGINAL TRANSCRIPT OF:

    Patrick Boyle           321.93

        Courier         10.00

**TOTAL DUE >>>**     **$331.93**

Pages: 73

** 6-Day Delivery **

Ordered on 1-8-09
Delivered on 1-13-09

| | |
|---|---|
| (-) Payments/Credits: | 331.93 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

---

Tax ID: 36-3811129                                             Phone: 312-744-4833    Fax:

*Please detach bottom portion and return with payment.*

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

Job No.     : 51200         BU ID     : 1-MAIN
Case No.   : 06 C 6754
Case Name  : Hadnott vs. City of Chicago

Invoice No.  : 175190     Invoice Date  : 1/13/2009
**Total Due**   : **$0.00**

**PAYMENT WITH CREDIT CARD**     AMEX    VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **Jensen Reporting**
             **205 West Randolph Street, 5th Floor**
             **Chicago, IL 60606**

# INVOICE



**JENSEN REPORTING**

*Whenever you need it. Whatever it takes.*
**Worldwide Coverage**
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 180764 | 4/23/2009 | 53538 |
| **Job Date** | **Case No.** | |
| 2/4/2009 | 06 C 6754 | |
| **Case Name** | | |
| Hadnott vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

---

CERTIFIED TRANSCRIPT

    Jill Maderak                       97.00  Pages         237.65

        E-Transcript as transcript               0.00

        Exhibit Handling                     10.00

**TOTAL DUE >>>**         **$247.65**

Ordered on 4-20-09
Delivered on 4-22-09

(-) Payments/Credits:       247.65
(+) Finance Charges/Debits:     0.00
(=) New Balance:        **0.00**

---

**Tax ID:** 36-3811129                                              Phone: 312-744-4833   Fax:

*Please detach bottom portion and return with payment.*

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| Job No. | : 53538 | | BU ID | : 1-MAIN |
| Case No. | : 06 C 6754 | | | |
| Case Name | : Hadnott vs. City of Chicago | | | |
| Invoice No. | : 180764 | | Invoice Date | : 4/23/2009 |
| **Total Due** | : **$0.00** | | | |

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Jensen Reporting**
             **205 West Randolph Street, 5th Floor**
             **Chicago, IL 60606**

# INVOICE

**JENSEN REPORTING**
*Whenever you need it. Whatever it takes.*
**Worldwide Coverage**
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 193473 | 12/17/2009 | 60704 |

| Job Date | Case No. |
|---|---|
| 10/13/2009 | 07 C 6754 |

| Case Name |
|---|
| Hadnott vs. Kelly |

| Payment Terms |
|---|
| Net 30 |

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

**RECEIVED**

CERTIFIED TRANSCRIPT

**JAN 29 2010**

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

Michael Kelly                                               208.25
  E-Transcript                                               35.00
  Exhibits                           33.00 Pages             14.85

                                     **TOTAL DUE >>>**    **$258.10**

Ordered on 11-30-09
Sent via E-trans on 12-15-09

*[handwritten: Gail Reich / Police / FCRL / 12/19/09 / Hadnott v. Kelly / 07C6754]*

(-) Payments/Credits:                                        0.00
(+) Finance Charges/Debits:                                  0.00
(=) New Balance:                                         **258.10**

Tax ID: 36-3811129                                Phone: 312-744-1020   Fax:

---

*Please detach bottom portion and return with payment.*

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| Job No. | : 60704 | | BU ID | : 1-MAIN |
| Case No. | : 07 C 6754 | | | |
| Case Name | : Hadnott vs. Kelly | | | |
| Invoice No. | : 193473 | | Invoice Date | : 12/17/2009 |
| **Total Due** | **: $258.10** | | | |

Remit To:   **Jensen Reporting**
            **205 West Randolph Street, 5th Floor**
            **Chicago, IL 60606**

**PAYMENT WITH CREDIT CARD**   

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

RECEIVED
FD. DEFENSE LITIGATION
2011 MAY 23  AM 11: 39
BY:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 221160 | 5/20/2011 | 62766 |
| **Job Date** | **Case No.** | |
| 12/15/2009 | 06 C 6754 | |
| **Case Name** | | |
| Hadnott vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Adrian Martin
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL  60602

---

CERTIFIED ORIGINAL TRANSCRIPT

    Cynthia Herzberger (Original)               135.20

    Electronic PDF File as Transcript          0.00

*OK To Pay*
*HADNOTT v. City*
*07 C 6754*
*FCRL*
*Acc Ashley C. Kozya*

26 Pages              **TOTAL DUE  >>>**    **$135.20**

*3 Day Delivery*

Ordered on 5-16-11
Email sent on 5-19-11

Did you know Jensen Reporting has a complimentary on-line repository whereby you can view/print your transcripts and hyperlinked exhibits?  In addition, you can also schedule your reporters and services on-line and manage your account.  Call our office at 312-236-6936 or email us at info@jensenreporting.com and we will set you up with your secured user name and password.

---

**Tax ID:** 36-3811129                             Phone: 312-744-4833   Fax:

*Please detach bottom portion and return with payment.*

Adrian Martin
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL  60602

Job No.    : 62766         BU ID      :1-MAIN
Case No.   : 06 C 6754
Case Name : Hadnott vs. City of Chicago

Invoice No. : 221160       Invoice Date :5/20/2011
**Total Due**  : **$ 135.20**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Jensen Reporting**
          **205 West Randolph Street, 5th Floor**
          **Chicago, IL  60606**

UNITED STATES DISTRICT COURT
For the Northern District of Illinois

I N V O I C E

TO:                              NOTE: Make check payable to:

GAIL LYNN REICH                  Riki Schatell
CITY OF CHICAGO                  6033 N. Sheridan Road, #28-K
      30 N. LaSalle Street            Chicago, IL 60660

Suite 1400
Chicago, IL 60602                Telephone 773/728-7281

Sent e-mail to: greich@cityofchicago.org

TRANSCRIPTS: _____ CRIMINAL _____X_____ CIVIL

DATE ORDERED: ___8-27-08____ DATE DELIVERED: ___9-2-08___
Hadnott vs. Kelly, et al., 07-cv-6754, Hearing of 8-27-08 before
Mag. Judge Schenkier

| | ORIGINAL | | | CHARGES 1ST COPY | | | ADD'L COPIES | | | CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pages | Price | Sub | Pages | Price | Sub | Pages | Price | Sub | |
| EXPTD | 13 | $ 4.85 | | | | | | | | $ 63.05 |

Total_____ $ 63.05

Discount for Late Delivery_____

Less amount of Deposit_____

TOTAL REFUNDED_____

TOTAL DUE_____ $ 63.05

*[handwritten: Goo Reich / Hadnott v. City / 07 C 6754 / 9/3/08 / Police / FCRL]*

CERTIFICATION

I certify that the transcript fee charged and page format used comply with
the requirements of this court and the Judicial Conference of the United
States.

/s/ Riki Schatell                Date: September 2, 2008

UNITED STATES DISTRICT COURT
For the Northern District of Illinois

I N V O I C E

TO:                                NOTE: Make check payable to:

ASHLEY KOSZTYA                     Riki Schatell
Attorney at Law                    6033 N. Sheridan Road, #28-K
    City of Chicago            Chicago, IL  60660

                            Telephone 773/728-7281

Sent e-mail to:

TRANSCRIPTS: _____ CRIMINAL _____X_____ CIVIL

DATE ORDERED: ___11-10-08___   DATE DELIVERED: ___11-17-08___
Hadnott vs. Kelly, et al., 07-cv-6754, Hearing of 5-15-08 before Mag.
Judge Schenkier

|  | ORIGINAL | | | CHARGES 1ST COPY | | | ADD'L COPIES | | | CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Pages | Price | Sub | Pages | Price | Sub | Pages | Price | Sub |  |
| EXPTD |  |  |  | 20 | $ .90 |  |  |  |  | $ 18.00 |

Total_____ $ 18.00

Discount for Late Delivery_____

Less amount of Deposit_____

TOTAL REFUNDED_____

TOTAL DUE_____ $ 18.00

*11-21-08*
*Acc a.c. Kosztya*
*Hadnott v. City, 07C 6754*
*naomi aer*
*11/24/08*
*FCRLO*

CERTIFICATION

I certify that the transcript fee charged and page format used comply with
the requirements of this court and the Judicial Conference of the United
States.

/s/  Riki Schatell              Date:   November 17, 2008

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 02008170

Gail Reich
City of Chicago
30 North LaSalle Street
Suite 1400
Chicago, IL 60602-2590

Phone: (312) 744-1975

**RECEIVED**

JAN 1 3 2009

**CORPORATION COUNSEL
ADMINISTRATIVE SERVICES**

**MAKE CHECKS PAYABLE TO:**

Tracey D. McCullough, CSR, RPR
Official Court Reporter
219 South Dearborn Street
Suite 1420
Chicago, IL 60604

Phone: (312) 922-3716

Tax ID:
traceydmc@aol.com

| | | |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 11-18-2008 | DATE DELIVERED: 11-21-2008 |

**Case Style:** 07 C 6754, Jonathan Hadnott, et al v Unknown Officers, et al
Transcript of proceedings before the Hon. David H. Coar on 11/18/08
-motion

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 3 | 4.85 | 14.55 | | | | | | | 14.55 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |

O7C6754
Jonathan Hadnott
naomi aion
1/16/09
CPD
FCRLD

| | | |
|---|---|---|
| | TOTAL: | 14.55 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:     Amt: | TOTAL DUE: | $14.55 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 11-21-2008 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT
For the Northern District of Illinois

I N V O I C E

TO:                                    NOTE: Make check payable to:

GAIL LYNN REICH                        Riki Schatell
Attorney at Law                        6033 N. Sheridan Road, #28-K
    City of Chicago                        Chicago, IL  60660

                                       Telephone 773/728-7281

Sent e-mail to:  greich@cityofchicago.org

TRANSCRIPTS: _____ CRIMINAL _____X_____ CIVIL

DATE ORDERED: ___1-23-09___ DATE DELIVERED: ___2-1-09___
Hadnott vs. Kelly, et al., 07-cv-6754, Hearing of 1-22-09 before Mag.
Judge Schenkier

|  | ORIGINAL | | | CHARGES 1ST COPY | | | ADD'L COPIES | | | CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Pages | Price | Sub | Pages | Price | Sub | Pages | Price | Sub | |
| EXPTD | 20 | $ 4.85 | | | | | | | | $ 97.00 |

Total_____ $ 97.00

Discount for Late Delivery_____

Less amount of Deposit_____

TOTAL REFUNDED_____

TOTAL DUE_____ $ 97.00

*[handwritten: Gail Reich / Hadnott v. City 07 C 6754 / Police FOPL / 2/2/09]*

CERTIFICATION

I certify that the transcript fee charged and page format used comply with
the requirements of this court and the Judicial Conference of the United
States.

/s/   Riki Schatell                    Date:   February 1, 2009

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20090081

**MAKE CHECKS PAYABLE TO:**

Gail L. Reich
City of Chicago, Law Department
30 North LaSalle Street
Suite 1020
Chicago, IL 60602

Phone: (312) 744-1975

greich@cityofchicago.org

Pamela S. Warren, Ltd.
Official Court Reporter
219 South Dearborn Street
Room 1928
Chicago, IL 60604

Phone: (312) 294-8907

Tax ID: 20-8093325
pswcsr@aol.com

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 02-26-2009 | DATE DELIVERED: 03-02-2009 |

**Case Style:** 07 C 6754, Hadnott v City
Transcript of proceedings before the Honorable Sidney I. Schenkier
TRANSCRIBED FROM DIGITAL RECORDING

February 24, 2009 - 32 pps

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 32 | 4.85 | 155.20 | | 0.90 | | | 0.60 | | 155.20 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| *Hadnott v. City* *07 C 6754* *Police, FCRL* *3/4/09* *Reich* | TOTAL: 155.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| Date Paid:          Amt: | TOTAL DUE: $155.20 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 03-02-2009 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 02009138

**MAKE CHECKS PAYABLE TO:**

Gail Reich
City of Chicago
30 North LaSalle Street
Suite 1400
Chicago, IL 60602-2590

Phone:  (312) 744-1975

Tracey D. McCullough, CSR, RPR
Official Court Reporter
219 South Dearborn Street
Suite 1420
Chicago, IL 60604

Phone:  (312) 922-3716

Tax ID:
*traceydmc@aol.com*

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | 10-14-2009 | 10-29-2009 |

**Case Style:** 07 C 6754, Jonathan Hadnott, et al v Michael Kelly, et al
Transcript of proceedings before the Hon. David H. Coar on 10/9/09 -
final pretrial conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 39 | 3.65 | 142.35 | | | | | | | 142.35 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 142.35 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:**          **Amt:** | TOTAL DUE: | $142.35 |

*(handwritten: OK Gail Reich / Hadnott v. City / 07 C 6754 / 11/3/09 / FCRL Police)*

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 11-03-2009 |

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# KRISTA FLYNN BURGESON. CSR RMR CRR

**RECEIVED**

MAY 1 1 2011

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

219 South Dearborn Street
Room 1944
Chicago, IL 60604
Krista_Burgeson@ilnd.uscourts.gov

| Date: | Invoice No. |
|---|---|
| 05-11-2011 | 00051011 |

Telephone: (312) 435-5567
FAX (847) 998-9783
Tax I.D.:

| BILLED TO: | CASE CAPTION |
|---|---|
| Ashley C. Kosztya<br>City of Chicago-Department of Law<br>Individual Defense Litigation<br>30 North LaSalle Street, Suite 1400<br>Chicago, IL 60602 | 07-CV-06754<br><br>Jonathan Hadnott<br>vs.<br>City of Chicago, et al. |

## DESCRIPTION

DEPOSIT CHECK for daily copy excerpts during trial in Hadnott vs. City, 07-CV-06754, scheduled before the Honorable Judge Edmond E. Chang, and set to begin on Tuesday, May 31st, 2011.

*5-11-11*
*OK to Pay*
*ACC Kosztya*

*Hadnott v. Kelly, et al.*
*07 C 6754*

| | |
|---|---|
| Invoice Total: | |
| Deposit Date: 05-11-2011 Deposit Amount: | 1,000.00 |
| Amount Paid: | |
| Balance Due: | |

LMSoftware, Inc., 2002-03-04

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20100995

## MAKE CHECKS PAYABLE TO:

Ashley C. Kosztya
City of Chicago-Department of Law
Individual Defense Litigation
30 North LaSalle Street, Suite 1400
Chicago, IL 60602

Phone:  (312) 744-2837
FAX:    (312) 744-6566

*glyanow@cityofchicago.org*

KRISTA FLYNN BURGESON, CSR RMR CRR
Federal Official Court Reporter
219 South Dearborn Street
Room 1944
Chicago, IL 60604

Phone:  (312) 435-5567
FAX     (847) 908-9783
Tax ID:
*Krista_Burgeson@ilnd.uscourts.gov*

| | |
|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 05-09-2011  DATE DELIVERED: 05-09-2011 |

**Case Style:** 07 C 6754, Hadnott v City of Chicago

Transcript of Proceedings before Judge Edmond E. Chang on 4-28-11.
Original printed transcript and emailed PDF file.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 14 | 4.85 | 67.90 | 14 | 0.90 | 12.60 | | | | 80.50 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 80.50 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $80.50 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| *Krista Burgeson* | 5-9-11 |

*(All previous editions of this form are cancelled and should be destroyed)*

UNITED STATES DISTRICT COURT
For the Northern District of Illinois

I N V O I C E

TO:                              NOTE: Make check payable to:

IRENE KATHERINE DYMKAR           Riki Schatell
Attorney at Law                  6033 N. Sheridan Road, #28-K
   300 West Adams Street        Chicago, IL  60660

Suite 330
Chicago, IL  60606               Telephone 773/728-7281

Sent e-mail to:  dymkar@Ameritech.net

TRANSCRIPTS: _____ CRIMINAL _____X_____ CIVIL

DATE ORDERED: ___9-05-08___   DATE DELIVERED: ___9-9-08___
Hadnott vs. Kelly, et al., 07-cv-6754, copy of hearing of 8-27-08 and
original hearing of 8-12-08 before Mag. Judge Schenkier

| | ORIGINAL | | | CHARGES 1ST COPY | | | ADD'L COPIES | | | CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pages | Price | Sub | Pages | Price | Sub | Pages | Price | Sub | |
| Exptd | 20 | $6.05 | | 13 | $ .90 | | | | | $ 11.70 121.00 |

Total_____$132.70

Discount for Late Delivery_____

Less amount of Deposit_____

TOTAL REFUNDED_____

TOTAL DUE_____$132.70

CERTIFICATION

I certify that the transcript fee charged and page format used comply with
the requirements of this court and the Judicial Conference of the United
States.

/s/  Riki Schatell              Date:    September 9, 2008

UNITED STATES DISTRICT COURT
For the Northern District of Illinois

I N V O I C E

TO:                           NOTE: Make check payable to:

ASHLEY KOSZTYA                Riki Schatell
Attorney at Law              6033 N. Sheridan Road, #28-K
     City of Chicago         Chicago, IL 60660


                         Telephone 773/728-7281


Sent e-mail to:

TRANSCRIPTS: _____ CRIMINAL _____X_____ CIVIL

DATE ORDERED: ___11-10-08___ DATE DELIVERED: ___11-17-08___
Hadnott vs. Kelly, et al., 07-cv-6754, Hearing of 5-15-08 before Mag.
Judge Schenkier

|  | ORIGINAL | | | CHARGES 1ST COPY | | | ADD'L COPIES | | | CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Pages | Price | Sub | Pages | Price | Sub | Pages | Price | Sub |  |
| EXPTD |  |  |  | 20 | $ .90 |  |  |  |  | $ 18.00 |

Total_____ $ 18.00

Discount for Late Delivery_____

Less amount of Deposit_____

TOTAL REFUNDED_____

TOTAL DUE_____ $ 18.00

CERTIFICATION

I certify that the transcript fee charged and page format used comply with
the requirements of this court and the Judicial Conference of the United
States.

/s/  Riki Schatell            Date:   November 17, 2008

# *LaSalle Process Servers L.P.*

**FILE COPY**

# Invoice

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

| DATE | INVOICE # |
|------|-----------|
| 6/10/2011 | 43696 |

**BILL TO**
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois  60602
Attn:Adrian Martin

**CASE INFO**
Jonathan Hadnott
vs.
City of Chicago, et al
07 C 6754

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 257.00 |
| 6% Reduction | -15.42 |
| Witness fees advanced | 64.00 |
| Fuel Surcharge | 12.00 |

Subpoena
Calvin Hadnott
Calls at address given in Palos Hills on May 20, 27, 29 & June 1.

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**  $317.58

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/26/2009 | 36610 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois  60602
Attn:Gail Reich

CASE INFO
Jonathan Hadnott, et al.
vs.
City of Chicago, et al.
07 C 6754

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 135.00 |
| Subpoena<br>Calvin Hadnott<br>Call at address given in Chicago on January 24.<br>Rush. | |

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**

$135.00

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/3/2009 | 36696 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attn:Gail Reich

CASE INFO
Jonathan Hadnott, et al.
vs.
City of Chicago, et al.
07 C 6754

RECEIVED IND DEFENSE LITIGATION
BY 2009 FEB 3 PM 3:58

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 141.50 |
| Witness fees advanced | 47.76 |
| Subpoena Calvin Hadnott Call at address given in Palos Hills on January 30 | |

*Gail Reich*
*2/3/09*
*Police FCRL*
*Hadnott v. City*
*07 C 6754*

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**     $189.26

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/10/2009 | 36772 |

| BILL TO | CASE INFO |
|---------|-----------|
| City of Chicago | Jonathan Hadnott, et al. |
| 30 N. LaSalle Street | vs. |
| Suite 1400 | City of Chicago, et al. |
| Chicago, Illinois 60602 | 07 C 6754 |
| Attn:Adrian Martin | |

| DESCRIPTION | | AMOUNT |
|-------------|---|--------|
| Services Rendered | 1. Case Name: _Jonathan Hadnott_ | 167.00 |
| | 2. Case Number: _07 C 6754_ | |
| Witness fees advanced | 3. Client Dept: _CPD_ | 45.00 |
| | 4. Atty Signature: _Mary M___ | |
| Subpoena | 5. Date Approved: _2/23/09_ | |
| Substitute Teachers Unlimited | 6. Law Dept. Division: _FCR4D_ | |
| Call at address given in Warren, MI | FEB 1 8 2009 | |
| FedEx. | | |

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total** $212.00

# LaSalle Process Servers L.P.

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/28/2009 | 39019 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois  60602
Attn:Adrian Martin

CASE INFO
Jonathan Hadnott, et al.
vs.
City of Chicago, et al
07 C 6754

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 277.00 |

1. Case Name: _Hadnott_
2. Case Number: _07C6754_
3. Client Dept: _CPD_
4. Atty Signature: _(signature)_
5. Date Approved: _11-2-07_
6. Law Dept. Division: _FCRLD_

OCT 3 0 2009

Subpoena
Sadie Tyler
Calls at address given in Chicago on October 14, 15, 16, 18 & 19.
Rush.

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**           $277.00

# LaSalle Process Servers L.P.

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/30/2009 | 39033 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attn:Ashley Kosztya

CASE INFO
Jonathan Hadnott, et al.
vs.
City of Chicago, et al.
07 C 6754

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Services Rendered | | 87.00 |
| Witness fees advanced | | 51.70 |
| Subpoena | | |
| Sadie Tyler | | |
| Call at address given in Chicago on Ocotber 28. | | |

1. Case Name: *Hadnott*
2. Case Number: *07 C 6754*
3. Client Dept: *CPD*
4. Atty Signature: *(signature)*
5. Date Approved: *11-2-09*
6. Law Dept. Division: *FCRLD*

OCT 3 0 2009

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total** $138.70

# INVOICE



## JENSEN REPORTING

*Whenever you need it, Whatever it takes*

205 West Randolph Street, 5th Floor • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 167816 | 9/11/2008 | 48482 |
| **Job Date** | **Case No.** | |
| 8/19/2008 | 06 C 6754 | |
| **Case Name** | | |
| Hadnott vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Ashley Kosztya
City of Chicago
30 North LaSalle Street
Suite 1020
Chicago, IL

**RECEIVED**
**DEC 0 5 2008**
CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

ORIGINAL TRANSCRIPT OF:

Michael Kelly

    Condensed Transcript

    Courier

Delivered on 9-11-08

*ACC Kosztya*
*Hadnott v. City*
*07 C 6754*

| | | |
|---|---|---|
| 155.00 Pages | | 519.25 |
| | | 25.00 |
| | | 10.00 |
| **TOTAL DUE >>>** | | **$554.25** |
| (-) Payments/Credits: | | 0.00 |
| (+) Finance Charges/Debits: | | 0.00 |
| (=) New Balance: | | 554.25 |

**Tax ID:** 36-3811129

Phone: 312-744-1020  Fax:

*Please detach bottom portion and return with payment.*

Ashley Kosztya
City of Chicago
30 North LaSalle Street
Suite 1020
Chicago, IL

| | | |
|---|---|---|
| Job No. | : 48482 | BU ID : 1-MAIN |
| Case No. | : 06 C 6754 | |
| Case Name | : Hadnott vs. City of Chicago | |
| Invoice No. | : 167816 | Invoice Date : 9/11/2008 |
| **Total Due** | : **$554.25** | |

**PAYMENT WITH CREDIT CARD**    

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Jensen Reporting**
          **205 West Randolph Street, 5th Floor**
          **Chicago, IL 60606**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 175376 | 1/19/2009 | 51199 |

| Job Date | | Case No. |
|---|---|---|
| 11/21/2008 | | 06 C 6754 |

| Case Name | | |
|---|---|---|
| Hadnott vs. City of Chicago | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

## JENSEN ▮ REPORTING

*Whenever you need it. Whatever it takes.*

205 West Randolph Street, 5th Floor • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6981
www.jensenreporting.com

2009 JAN 21 AM 11:16

BY

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | 459.54 |
|   Marc Jarocki | | |
| ORIGINAL TRANSCRIPT OF: | | 269.10 |
|   Patrick Gilmore | TOTAL DUE >>> | **$728.64** |

Pages:  Marc Jarocki (111) & Patrick Gilmore (65)

** 7-Day Delivery **

Ordered on 1-8-09
Delivered on 1-16-09

*[handwritten: Gail Reich  ok  naomi ave  1/27/09  07 C 6754  Police  FCRL  11/22/09  Hadnott v. City]*

Phone: 312-742-4833   Fax:

**Tax ID:** 36-3811129

*Please detach bottom portion and return with payment.*

Job No.   : 51199     BU ID    :1-MAIN
Case No.   : 06 C 6754
Case Name : Hadnott vs. City of Chicago

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

Invoice No.  : 175376     Invoice Date :1/19/2009
**Total Due**  : **$ 728.64**

### PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:        Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Jensen Reporting**
        **205 West Randolph Street, 5th Floor**
        **Chicago, IL 60606**



# UBA

# URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM |
| --- |
| MS. GAIL REICH<br>ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502 |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
| --- | --- | --- |
| 70349 | 1/30/2009 | 300 |

| TOTAL | $325.00 | PAYABLE  UPON<br>RECEIPT |
| --- | --- | --- |

| CAUSE |
| --- |

**HADNOTT v. CITY OF CHICAGO**

| 07 C 6754 | JONATHAN HADNOTT, VOL I | 01/26/2009 |
| --- | --- | --- |

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
| --- | --- | --- | --- |
| MS. GAIL REICH<br><br>CITY ATTENDANCE W/NO WRITE<br>01/26/2009  DEPOSITION OF JONATHAN HADNOTT,<br>VOLUME I | 6.5 | 50.00 | 325.00 |

1. Case Name: _Jonathan Hadnott_
2. Case Number: _07C6754_
3. Client Dept: _CPD_
4. Atty Signature: _Neal ave_
5. Date Approved: _2/10/09_
6. Law Dept. Division: _Fca-ol_  FEB 0 9 2009

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>70349 | *PAYABLE<br>UPON<br>RECEIPT* | Total | $325.00 |
| --- | --- | --- | --- | --- |

E-mail  info@urlaubbowen.com          Web Site   www.urlaubbowen.com

    

# UBA   URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

MS. GAIL REICH
ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602-2502

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 71025 | 4/17/2009 | 300 |

| TOTAL | $582.75 | PAYABLE UPON RECEIPT |
|-------|---------|----------------------|

**CAUSE**

HADNOTT v. CITY OF CHICAGO

| 07 C 6754 | JONATHAN HADNOTT, VOL I | 01/26/2009 |
|-----------|-------------------------|------------|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| MS. GAIL REICH | | | |
| CITY TRANSCRIPT COPY<br>01/26/09  DEPOSITION OF JONATHAN HADNOTT, VOL I | 259 | 2.25 | 582.75 |

1. Case Name: _Jonathan Hadnott_
2. Case Number: _07 C 6754_
3. Client Dept: _CPD_
4. Atty Signature: _Nancy Alee_
5. Date Approved: _4/30/09_
6. Law Dept. Division: _FCRLD_

APR 2 2 2009

**225 ILCS 415/28** "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>71025 | **PAYABLE UPON RECEIPT** | Total | $582.75 |
|---|---|---|---|---|

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

 

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

MS. GAIL REICH
ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602-2502

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 70582 | 2/20/2009 | 300 |

| **TOTAL** | **$200.00** | **PAYABLE UPON RECEIPT** |
|-----------|-------------|

## CAUSE

**HADNOTT v. CITY OF CHICAGO**

07 C 6754          CALVIN & JESSIE HADNOTT                    02/11/2009

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| MS. GAIL REICH | | | |
| CITY ATTENDANCE W/NO WRITE | 4 | 50.00 | 200.00 |
| 02/11/2009 DEPOSITIONS OF CALVIN & JESSIE HADNOTT | | | |

1. Case Name: _Jonathan Hadnott_
2. Case Number: _07 C 6754_
3. Client Dept: _CPD_
4. Atty Signature: _Toni Ave_
5. Date Approved: _2/27/09_
6. Law Dept. Division: _Fed D_

FEB 2 5 2009

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>70582 | **PAYABLE UPON RECEIPT** | **Total** | **$200.00** |
|---|---|---|---|---|

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

  

# UBA

# URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM |
| --- |
| MS. GAIL REICH<br>ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502 |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
| --- | --- | --- |
| 72364 | 9/24/2009 | 300 |

| TOTAL | $519.50 |
| --- | --- |

**PAYABLE  UPON
RECEIPT**

## CAUSE

HADNOTT v. CITY OF CHICAGO

07 C 6754          CALVIN HADNOTT                02/11/2009

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
| --- | --- | --- | --- |
| MS. GAIL REICH | | | |
| CITY TRANSCRIPT ORIGINAL EXPEDITED | 114 | 4.65 | 530.10 |
| 02/11/2009  DEPOSITION OF CALVIN HADNOTT | | | |
| CITY OF CHICAGO 2% PRICE REDUCTION | | 2.00% | -10.60 |

1. Case Name: _Jonathan Hadnott_
2. Case Number: _07C6754_
3. Client Dept: _CPD_
4. Atty Signature: _Mary Oc_
5. Date Approved: _9/29/09_
6. Law Dept. Division: _FCBLD_

SEP 2 9 2009

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br>72364 | **PAYABLE<br>UPON<br>RECEIPT** | **Total** | **$519.50** |
| --- | --- | --- | --- | --- |

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

  

| UBA | **URLAUB BOWEN & ASSOCIATES, INC.** |

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM |
| --- |
| MS. GAIL REICH<br>ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502 |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
| --- | --- | --- |
| 71037 | 4/20/2009 | 300 |

| TOTAL | $981.75 | PAYABLE  UPON<br>RECEIPT |
| --- | --- | --- |

| CAUSE |
| --- |

HADNOTT v. CITY OF CHICAGO

| 07 C 6754 | BRANDELL BETTES | 03/05/2009 |
| --- | --- | --- |

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
| --- | --- | --- | --- |
| MS. GAIL REICH<br><br>CITY TRANSCRIPT ORIGINAL<br>03/05/2009  DEPOSITION OF BRANDELL EMELL BETTS | 231 | 4.25 | 981.75 |

1. Case Name: *Jonathan Hadnott*
2. Case Number: *07C6754*
3. Client Dept: *CPD*
4. Atty Signature: *(signature)*
5. Date Approved: *4/30/09*
6. Law Dept. Division: *FCRLD*

APR 2 8 2009

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>71037 | **PAYABLE<br>UPON<br>RECEIPT** | **Total** | **$981.75** |
| --- | --- | --- | --- | --- |

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

 

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

# Invoice

**FIRM**

MS. GAIL REICH
ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602-2502

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 70779 | 3/16/2009 | 300 |

| TOTAL | $275.00 | PAYABLE UPON RECEIPT |
|-------|---------|------|

| Case Name | CAUSE | |
|-----------|-------|---|
| HADNOTT v. CITY OF C... | | |

| 07 C 6754 | BRANDELL BETTES | 03/05/2009 |
|-----------|-----------------|------------|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| MS. GAIL REICH | | | |
| CITY ATTENDANCE W/NO WRITE | 5.5 | 50.00 | 275.00 |
| 03/05/2009  DEPOSITION OF BRANDELL BETTES | | | |

1. Case Name: *Jonathan Hadnott*
2. Case Number: *07C6754*
3. Client Dept: *CPD*
4. Atty Signature: *Negan Ale*
5. Date Approved: *3/31/09*
6. Law Dept. Division: *FCRLD*

MAR 2 5 2009

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 70779 | **PAYABLE UPON RECEIPT** | Total | $275.00 |
|---|---|---|---|---|

E-mail   info@urlaubbowen.com          Web Site   www.urlaubbowen.com



# UBA

# URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260 CHICAGO, ILLINOIS 60602
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228.

| FIRM | |
|---|---|
| MS. GAIL REICH<br>ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL 60602-2502 | |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 71046 | 4/24/2009 | 300 |

| TOTAL | $297.00 | PAYABLE UPON<br>RECEIPT |
|---|---|---|

## CAUSE

HADNOTT v. CITY OF CHICAGO

| 07 C 6754 | KEVIN HUNT | 03/09/2009 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. GAIL REICH | | | |
| CITY TRANSCRIPT COPY<br>03/09/2009 DEPOSITION OF KEVIN HUNT | 132 | 2.25 | 297.00 |

1. Case Name: _Jonathan Hadnott_
2. Case Number: _07C6754_
3. Client Dept: _CPD_
4. Atty Signature: _neon ale_
5. Date Approved: _5/11/09_
6. Law Dept. Division: _FCLD_

MAY 0 5 2009

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>71046 | *PAYABLE<br>UPON<br>RECEIPT* | Total | $297.00 |
|---|---|---|---|---|

E-mail   info@urlaubbowen.com          Web Site   www.urlaubbowen.com

  

## UBA — URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

MS. GAIL REICH
ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602-2502

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 70740 | 3/13/2009 | 300 |

| TOTAL | $200.00 |
|---|---|

**PAYABLE UPON RECEIPT**

| CAUSE |
|---|

HADNOTT v. CITY OF CHICAGO

07 C 6754          KEVIN HUNT                    03/09/2009

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. GAIL REICH | | | |
| CITY ATTENDANCE W/NO WRITE | 4 | 50.00 | 200.00 |
| 03/09/209  DEPOSITION OF KEVIN HUNT | | | |

1. Case Name: Jonathan Hadnott
2. Case Number: 07C6754
3. Client Dept: CPD
4. Atty Signature: _(signature)_
5. Date Approved: 3/31/09
6. Law Dept. Division: FCRCD

MAR 18 2009

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br>70740 | **PAYABLE UPON RECEIPT** | Total $200.00 |
|---|---|---|---|

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

  

# UBA

# URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM | |
|---|---|
| MS. GAIL REICH<br>ASSISTANT CORPORATION COUNSEL<br>FEDERAL CIVIL RIGHTS LITIGATION DIVISION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502 | |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 71074 | 4/29/2009 | 300 |

| TOTAL | $544.00 | PAYABLE  UPON<br>RECEIPT |
|---|---|---|

## CAUSE

HADNOTT v. CITY OF CHICAGO

07 C 6754        J.HADNOTT, VOL II & JESSIE H        03/10/2009

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. GAIL REICH<br><br>CITY TRANSCRIPT ORIGINAL<br>03/10/09  DEPOSITION OF JESSIE PEARL HADNOTT | 128 | 4.25 | 544.00 |

1. Case Name: _Jonathan Hadnott_
2. Case Number: _07 C 6754_
3. Client Dept: _CPD_
4. Atty Signature: _nam ala_
5. Date Approved: _5/11/09_
6. Law Dept. Division: _FCRLD_

MAY 0 5 2009

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>71074 | **PAYABLE<br>UPON<br>RECEIPT** | Total | $544.00 |
|---|---|---|---|---|

E-mail  info@urlaubbowen.com        Web Site  www.urlaubbowen.com

  

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20101027

**MAKE CHECKS PAYABLE TO:**

Ashley C. Kosztya
City of Chicago-Department of Law
Individual Defense Litigation
30 North LaSalle Street, Suite 1400
Chicago, IL 60602

Phone: (312) 744-2837
FAX: (312) 744-6566

glyanow@cityofchicago.org

KRISTA FLYNN BURGESON, CSR RMR CRR
Federal Official Court Reporter
219 South Dearborn Street
Room 1944
Chicago, IL 60604

Phone: (312) 435-5567
FAX (847) 998-9783
Tax ID:
Krista_Burgeson@ilnd.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   X CIVIL | | 05-26-2011 | 05-26-2011 |

**Case Style:** 07 C 6754, Hadnott v City of Chicago

Transcript of Proceedings of Motions heard before Judge Edmond E. Chang
on 5-25-2011.
Daily copy delivery of original printed trans and emailed PDF file.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 40 | 7.25 | 290.00 | | | | | | | 290.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |

| | |
|---|---|
| TOTAL: | 290.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

**Check No: d/n/r**    **Date Paid: 05-25-2011**    **Amt: $290.00**    | TOTAL DUE: | $0.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

# STATEMENT

| Account No. | Date |
|---|---|
| C24222 | 6/24/2011 |

JENSEN REPORTING

*Whenever you need it. Whatever it takes.*

**Worldwide Coverage**

312.236.6936 | 877.653.6736 | Fax 312.236.6968

www.jensenreporting.com

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $135.20 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$135.20** |

Adrian Martin
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL  60602

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 5/20/2011 | 221160 | 135.20 | 12/15/2009 | Cynthia Herzberger (Original) | Hadnott vs. City of Chicago |

**Tax ID:** 36-3811129

Phone: 312-744-4833    Fax:

---

*Please detach bottom portion and return with payment.*

Adrian Martin
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL  60602

| | | |
|---|---|---|
| Account No. | : | C24222 |
| Date | : | 6/24/2011 |
| **Total Due** | : | **$ 135.20** |

Remit To: **Jensen Reporting**
**205 West Randolph Street, 5th Floor**
**Chicago, IL  60606**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature: