# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20101002

**MAKE CHECKS PAYABLE TO:**

Ashley C. Kosztya
City of Chicago-Department of Law
Individual Defense Litigation
30 North LaSalle Street, Suite 1400
Chicago, IL 60602

Phone: (312) 744-2837
FAX: (312) 744-6566

*glyanow@cityofchicago.org*

KRISTA FLYNN BURGESON, CSR RMR CRR
Federal Official Court Reporter
219 South Dearborn Street
Room 1944
Chicago, IL 60604

Phone: (312) 435-5567
FAX (847) 998-9783
Tax ID: ~~~~~~
*Krista_Burgeson@ilnd.uscourts.gov*

| | | | |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 05-11-2011 | DATE DELIVERED: 05-12-2011 |

Case Style: 07 C 6754, Hadnott v City of Chicago

Transcript of Proceedings of Pre-Trial Conference heard before
Judge Edmond E. Chang on 5-10-2011.
Daily copy deliver of original printed transcript and emailed PDF file.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 70 | 7.25 | 507.50 | | | | | | | 507.50 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 507.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| Date Paid:        Amt: | TOTAL DUE: $507.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 02011063

### MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| Ashley C. Kosztya<br>City of Chicago Law Department<br>30 North LaSalle Street<br>Room 1020<br>Chicago, IL 60602<br><br>Phone: (312) 744-2826<br><br>*ashley.kosztya@cityofchicago.org* | Tracey D. McCullough, CSR, RPR<br>Official Court Reporter<br>219 South Dearborn Street<br>Suite 1426<br>Chicago, IL 60604<br><br>Phone: (312) 922-3716<br><br>Tax ID:<br>*traceydmc@aol.com* |

| CRIMINAL | ☒ CIVIL | DATE ORDERED: 04-18-2011 | DATE DELIVERED: 04-19-2011 |
|---|---|---|---|

**Case Style:** 07 C 6754, Jonathan hadnott, et al v Unknown Officers, et al
Transcript of proceedings before the Hon. David H. Coar on 4/22/10 - motion

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 18 | 0.90 | 16.20 | | | | 16.20 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 16.20 |
| | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| **Date Paid:** | **Amt:** | TOTAL DUE: | $16.20 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | | DATE |
|---|---|---|
| **Tracey McCullough** | Digitally signed by Tracey McCullough<br>DN: cn=Tracey McCullough, ou=Federal Judiciary, o=U.S.Government, c=US<br>Date: 2011.04.18 18:22:24 -05'00' | 04-18-2011 |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20101029

**MAKE CHECKS PAYABLE TO:**

Ashley C. Kosztya
City of Chicago-Department of Law
Individual Defense Litigation
30 North LaSalle Street, Suite 1400
Chicago, IL 60602

Phone: (312) 744-2837
FAX: (312) 744-6566

*glyanow@cityofchicago.org*

KRISTA FLYNN BURGESON, CSR RMR CRR
Federal Official Court Reporter
219 South Dearborn Street
Room 1944
Chicago, IL 60604

Phone: (312) 435-5567
FAX (847) 998-9783
Tax ID:
*Krista_Burgeson@ilnd.uscourts.gov*

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | 06-30-2011 | 07-01-2011 |

**Case Style:** 07 C 6754, Hadnott v City of Chicago

```
Transcript of Proceedings heard before Judge Edmond E. Chang on
6-30-2011.
Daily copy delivery of original printed transcript and emailed PDF file.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 19 | 7.25 | 137.75 | | | | | | | 137.75 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 137.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:** **Amt:** | TOTAL DUE: | $137.75 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE *Krista Burgeson*

DATE 7-1-11

*(All previous editions of this form are cancelled and should be destroyed)*

# UBA  URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

## Invoice

**FIRM**

MS. GAIL REICH
ASSISTANT CORPORATION COUNSEL
FEDERAL CIVIL RIGHTS LITIGATION DIVISION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602-2502

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 70780 | 3/16/2009 | 300 |

| TOTAL | $300.00 |
|---|---|

PAYABLE UPON RECEIPT

| Case Name | CAUSE |
|---|---|
| HADNOTT v. CITY OF C... | |

| 07 C 6754 | JONATHAN HADNOTT, VOL II | 03/10/2009 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. GAIL REICH<br><br>CITY ATTENDANCE W/NO WRITE<br>03/10/2009  DEPOSITION OF JONATHAN HADNOTT, VOLUME II | 6 | 50.00 | 300.00 |

1. Case Name: _Jonathan Hadnott_
2. Case Number: _07C6754_
3. Client Dept: _CPD_
4. Atty Signature: _Megan Ave_
5. Date Approved: _3/31/09_
6. Law Dept. Division: _FCRLD_

MAR 2 5 2009

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>70780 | **PAYABLE UPON RECEIPT** | Total | $300.00 |
|---|---|---|---|---|

E-mail  info@urlaubbowen.com        Web Site  www.urlaubbowen.com

  

# DCM COURT REPORTING, INC.

79 WEST MONROE STREET
SUITE 810
CHICAGO, IL 60603

# Invoice

| Date | Invoice # 0100 |
|---|---|
| 12/3/2009 | 1020 |

**Bill To**

CITY OF CHICAGO-DEPARTMENT OF LAW
ATTN: MS. Ashley C. Kosztya
30 NORTH LASALLE STREET
SUITE 900
CHICAGO, IL 60602

*[handwritten: 12-29-09 OK to Pay Hadnott v. Kelly 07 C 6754 Acc a.c. Kosztya]*

*[stamp: 2009 DEC -4 PM 2:39 BY RECEIVED MUD. DEFENSE LITIGATION]*

| Job Date | Terms | TAX I.D. 26-3400498 |
|---|---|---|
| 11/13/09 | Net 30 | |

| Job Type | Quantity | Job Name | Rate | Amount Due |
|---|---|---|---|---|
| DEPOSITION | 2 | IN RE THE MATTER OF: JONATHAN HADNOTT VS. CITY OF CHICAGO; 07 C 6754 | 50.00 | 100.00 |
| REG ORIG. | 68 | REGULAR ORIGINAL TRANSCRIPT OF SADIE TYLER | 4.25 | 289.00 |
| DELIVERY | | POSTAGE AND DELIVERY | 6.00 | 6.00 |
| 2 % DISCOUNT | | 2 % DISCOUNT PER CONTRACT | -7.90 | -7.90 |
| | | RPTR- TONJA | | |
| | | THANK YOU | | |

| Phone # |
|---|
| 312-704-4525 |

**Total**     $387.10

# INVOICE



## JENSEN REPORTING
*Whenever you need it. Whatever it takes.*
### Worldwide Coverage
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 175190 | 1/13/2009 | 51200 |
| **Job Date** | **Case No.** | |
| 11/26/2008 | 06 C 6754 | |
| **Case Name** | | |
| Hadnott vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL  60602

ORIGINAL TRANSCRIPT OF:

    Patrick Boyle                321.93

        Courier            10.00

                TOTAL DUE  >>>    **$331.93**

Pages:  73

** 6-Day Delivery **

Ordered on 1-8-09
Delivered on 1-13-09

                (-) Payments/Credits:    331.93
                (+) Finance Charges/Debits:    0.00
                (=) New Balance:    **0.00**

Tax ID: 36-3811129                 Phone: 312-744-4833    Fax:

*Please detach bottom portion and return with payment.*

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL  60602

| | | | |
|---|---|---|---|
| Job No. | : 51200 | BU ID | : 1-MAIN |
| Case No. | : 06 C 6754 | | |
| Case Name | : Hadnott vs. City of Chicago | | |
| Invoice No. | : 175190 | Invoice Date | : 1/13/2009 |
| **Total Due** | **: $0.00** | | |

Remit To:   **Jensen Reporting**
          **205 West Randolph Street, 5th Floor**
          **Chicago, IL  60606**

**PAYMENT WITH CREDIT CARD**    AMEX  MASTER  VISA

Cardholder's Name:

Card Number:

Exp. Date:           Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



## JENSEN REPORTING
*Whenever you need it, Whatever it takes*
**Worldwide Coverage**
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 180764 | 4/23/2009 | 53538 |
| **Job Date** | **Case No.** | |
| 2/4/2009 | 06 C 6754 | |
| **Case Name** | | |
| Hadnott vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

---

CERTIFIED TRANSCRIPT

   Jill Maderak                         97.00 Pages                237.65

        E-Transcript as transcript                                  0.00

        Exhibit Handling                                     10.00

**TOTAL DUE  >>>**                    **$247.65**

Ordered on  4-20-09
Delivered on 4-22-09

                                     **(-) Payments/Credits:**       247.65

                                       **(+) Finance Charges/Debits:**    0.00

                                       **(=) New Balance:**             **0.00**

---

Tax ID: 36-3811129                                                    Phone: 312-744-4833   Fax:

*Please detach bottom portion and return with payment.*

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| Job No. | : 53538 | BU ID | : 1-MAIN | |
| Case No. | : 06 C 6754 | | | |
| Case Name | : Hadnott vs. City of Chicago | | | |
| Invoice No. | : 180764 | Invoice Date | : 4/23/2009 | |
| **Total Due** | : **$0.00** | | | |

### PAYMENT WITH CREDIT CARD      AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:             Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **Jensen Reporting**
              **205 West Randolph Street, 5th Floor**
              **Chicago, IL 60606**

# INVOICE

JENSEN REPORTING

*Whenever you need it. Whatever it takes.*
**Worldwide Coverage**
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 193473 | 12/17/2009 | 60704 |

| Job Date | Case No. | |
|---|---|---|
| 10/13/2009 | 07 C 6754 | |

| Case Name | | |
|---|---|---|
| Hadnott vs. Kelly | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

## RECEIVED

CERTIFIED TRANSCRIPT

JAN 29 2010

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

| | | |
|---|---|---|
| Michael Kelly | | 208.25 |
| E-Transcript | | 35.00 |
| Exhibits | 33.00 Pages | 14.85 |
| | **TOTAL DUE >>>** | **$258.10** |

Ordered on 11-30-09
Sent via E-trans on 12-15-09

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 258.10 |

*[handwritten: Gail Reich / Police / FCRL / 12/19/09 / Hadnott v. Kelly / 07C6754]*

Tax ID: 36-3811129

Phone: 312-744-1020  Fax:

*Please detach bottom portion and return with payment.*

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| Job No. | : 60704 | BU ID | : 1-MAIN | |
| Case No. | : 07 C 6754 | | | |
| Case Name | : Hadnott vs. Kelly | | | |
| Invoice No. | : 193473 | Invoice Date | : 12/17/2009 | |
| **Total Due** | **: $258.10** | | | |

**PAYMENT WITH CREDIT CARD**   

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Jensen Reporting**
**205 West Randolph Street, 5th Floor**
**Chicago, IL 60606**

# INVOICE

JENSEN REPORTING
Whenever you need it. Whatever it takes.
*Worldwide Coverage*
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenreporting.com

RECEIVED
RD. DEFENSE LITIGATION
2011 MAY 23 AM 11: 39
BY

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 221160 | 5/20/2011 | 62766 |
| **Job Date** | **Case No.** | |
| 12/15/2009 | 06 C 6754 | |
| **Case Name** | | |
| Hadnott vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Adrian Martin
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

CERTIFIED ORIGINAL TRANSCRIPT

| | |
|---|---|
| Cynthia Herzberger (Original) | 135.20 |
| Electronic PDF File as Transcript | 0.00 |

*OK To Pay*
*HADNOTT v. City*
*07 C 6754*
*FCRL*
*Acc ashley C. Kaya*

TOTAL DUE  >>>        $135.20

26 Pages

*3 Day Delivery*

Ordered on 5-16-11
Email sent on 5-19-11

Did you know Jensen Reporting has a complimentary on-line repository whereby you can view/print your transcripts and hyperlinked exhibits? In addition, you can also schedule your reporters and services on-line and manage your account. Call our office at 312-236-6936 or email us at info@jensenreporting.com and we will set you up with your secured user name and password.

**Tax ID:** 36-3811129                                    Phone: 312-744-4833    Fax:

*Please detach bottom portion and return with payment.*

Adrian Martin
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

| Job No. | : 62766 | BU ID | :1-MAIN |
|---|---|---|---|
| Case No. | : 06 C 6754 | | |
| Case Name | : Hadnott vs. City of Chicago | | |
| Invoice No. | : 221160 | Invoice Date | :5/20/2011 |
| **Total Due** | **: $ 135.20** | | |

**Remit To:  Jensen Reporting**
**205 West Randolph Street, 5th Floor**
**Chicago, IL  60606**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:                        Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

UNITED STATES DISTRICT COURT
For the Northern District of Illinois

I N V O I C E

TO:                                    NOTE: Make check payable to:

GAIL LYNN REICH                        Riki Schatell
CITY OF CHICAGO                        6033 N. Sheridan Road, #28-K
     30 N. LaSalle Street              Chicago, IL  60660

Suite 1400
Chicago, IL  60602                     Telephone 773/728-7281

Sent e-mail to:  greich@cityofchicago.org

TRANSCRIPTS:  _____  CRIMINAL  _____X_____ CIVIL

DATE ORDERED:  ___8-27-08____  DATE DELIVERED:  ___9-2-08___
Hadnott vs. Kelly, et al., 07-cv-6754, Hearing of 8-27-08 before
Mag. Judge Schenkier

| | ORIGINAL | | | CHARGES 1ST COPY | | | ADD'L COPIES | | | CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pages | Price | Sub | Pages | Price | Sub | Pages | Price | Sub | |
| EXPTD | 13 | $ 4.85 | | | | | | | | $ 63.05 |

Total_____ $ 63.05

Discount for Late Delivery_____

Less amount of Deposit_____

TOTAL REFUNDED_____

TOTAL DUE_____ $ 63.05

*Gail Reich*
*Hadnott v. City*
*07 C 6754*
*9/3/08*
*Police*
*FCRL*

CERTIFICATION

I certify that the transcript fee charged and page format used comply with
the requirements of this court and the Judicial Conference of the United
States.

/s/   Riki Schatell                    Date:    September 2, 2008

UNITED STATES DISTRICT COURT
For the Northern District of Illinois

I N V O I C E

TO:                                    NOTE: Make check payable to:

ASHLEY KOSZTYA                         Riki Schatell
Attorney at Law                        6033 N. Sheridan Road, #28-K
    City of Chicago                        Chicago, IL  60660

                                       Telephone 773/728-7281

Sent e-mail to:

TRANSCRIPTS: _____ CRIMINAL _____X_____ CIVIL

DATE ORDERED: ____11-10-08____   DATE DELIVERED: ____11-17-08____
Hadnott vs. Kelly, et al., 07-cv-6754, Hearing of 5-15-08 before Mag.
Judge Schenkier

| | ORIGINAL | | | CHARGES 1ST COPY | | | ADD'L COPIES | | | CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pages | Price | Sub | Pages | Price | Sub | Pages | Price | Sub | |
| EXPTD | | | | 20 | $ .90 | | | | | $ 18.00 |

Total_____ $ 18.00

*11-21-08*
*ACC a.c. Kosztya*
*Hadnott v. City, 07C 6754*

Discount for Late Delivery_____

Less amount of Deposit_____

TOTAL REFUNDED_____

TOTAL DUE_____ $ 18.00

CERTIFICATION

I certify that the transcript fee charged and page format used comply with
the requirements of this court and the Judicial Conference of the United
States.

/s/  Riki Schatell                 Date:   November 17, 2008

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 02008170

Gail Reich
City of Chicago
30 North LaSalle Street
Suite 1400
Chicago, IL 60602-2590

Phone: (312) 744-1975

RECEIVED

JAN 1 3 2009

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

**MAKE CHECKS PAYABLE TO:**

Tracey D. McCullough, CSR, RPR
Official Court Reporter
219 South Dearborn Street
Suite 1420
Chicago, IL 60604

Phone: (312) 922-3716

Tax ID:
traceydmc@aol.com

| CRIMINAL | X CIVIL | DATE ORDERED: 11-18-2008 | DATE DELIVERED: 11-21-2008 |
|---|---|---|---|

**Case Style:** 07 C 6754, Jonathan Hadnott, et al v Unknown Officers, et al
Transcript of proceedings before the Hon. David H. Coar on 11/18/08
-motion

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 3 | 4.85 | 14.55 | | | | | | | 14.55 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |

| | | |
|---|---|---|
| *OTC6754* | TOTAL: | 14.55 |
| *Jonathan Hadnott* | LESS DISCOUNT FOR LATE DELIVERY: | |
| *naon aion* | TAX (If Applicable): | |
| *1/16/09* | LESS AMOUNT OF DEPOSIT: | |
| *CPD* | TOTAL REFUND: | |
| *FCRLD* Date Paid: Amt: | TOTAL DUE: | $14.55 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | | DATE 11-21-2008 |
|---|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT
For the Northern District of Illinois

## I N V O I C E

TO:                                    NOTE: Make check payable to:

GAIL LYNN REICH                        Riki Schatell
Attorney at Law                        6033 N. Sheridan Road, #28-K
    City of Chicago                Chicago, IL  60660

                             Telephone 773/728-7281

Sent e-mail to:  greich@cityofchicago.org

TRANSCRIPTS:  _____ CRIMINAL  _____X_____ CIVIL

DATE ORDERED:  __1-23-09__  DATE DELIVERED:  __2-1-09__
Hadnott vs. Kelly, et al., 07-cv-6754, Hearing of 1-22-09 before Mag.
Judge Schenkier

| | ORIGINAL | | | CHARGES 1ST COPY | | | ADD'L COPIES | | | CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pages | Price | Sub | Pages | Price | Sub | Pages | Price | Sub | |
| EXPTD | 20 | $ 4.85 | | | | | | | | $ 97.00 |

                                  Total____ $ 97.00

            Discount for Late Delivery_____

              Less amount of Deposit_____

                  TOTAL REFUNDED_____

                    TOTAL DUE____ $ 97.00

*[Handwritten: GailReich / Hadnott v. City 07 C 6754 / Police FOP / 2/2/09]*

CERTIFICATION

I certify that the transcript fee charged and page format used comply with
the requirements of this court and the Judicial Conference of the United
States.

/s/  Riki Schatell                     Date:   February 1, 2009

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| INVOICE NO: 20090081 | MAKE CHECKS PAYABLE TO: |

Gail L. Reich
City of Chicago, Law Department
30 North LaSalle Street
Suite 1020
Chicago, IL 60602

Phone: (312) 744-1975

greich@cityofchicago.org

Pamela S. Warren, Ltd.
Official Court Reporter
219 South Dearborn Street
Room 1928
Chicago, IL 60604

Phone: (312) 294-8907

Tax ID: 20-8093325
pswcsr@aol.com

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 02-26-2009 | DATE DELIVERED: 03-02-2009 |

**Case Style:** 07 C 6754, Hadnott v City
Transcript of proceedings before the Honorable Sidney I. Schenkier
TRANSCRIBED FROM DIGITAL RECORDING

February 24, 2009 - 32 pps

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|----------|-------|-------|----------|-------|-------|----------|-------|-------|----------|-------|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 32 | 4.85 | 155.20 | | 0.90 | | | 0.60 | | 155.20 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| *Hadnott v. City* | | TOTAL: | 155.20 |
| *07 C 6754* | | LESS DISCOUNT FOR LATE DELIVERY: | |
| *Police, FCRL* | | TAX (If Applicable): | |
| *3/4/09* | | LESS AMOUNT OF DEPOSIT: | |
| *Reich* | | TOTAL REFUND: | |
| **Date Paid:** | **Amt:** | TOTAL DUE: | $155.20 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 03-02-2009 |

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 02009138

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Gail Reich | Tracey D. McCullough, CSR, RPR |
| City of Chicago | Official Court Reporter |
| 30 North LaSalle Street | 219 South Dearborn Street |
| Suite 1400 | Suite 1420 |
| Chicago, IL 60602-2590 | Chicago, IL 60604 |
| Phone: (312) 744-1975 | Phone: (312) 922-3716 |
| | Tax ID: |
| | *traceydmc@aol.com* |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 10-14-2009 | DATE DELIVERED: 10-29-2009 |
|---|---|---|

**Case Style:** 07 C 6754, Jonathan Hadnott, et al v Michael Kelly, et al
Transcript of proceedings before the Hon. David H. Coar on 10/9/09 - final pretrial conference

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 39 | 3.65 | 142.35 | | | | | | | 142.35 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 142.35 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| Date Paid: | | Amt: | | | | | TOTAL DUE: | | | $142.35 |

*OK Gail Reich*
*Hadnott v. City*
*07 C 6754*
*11/3/09*
*FCPL*
*Police*

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | | DATE 11-03-2009 |
|---|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# KRISTA FLYNN BURGESON, CSR RMR CRR

219 South Dearborn Street **RECEIVED**
Room 1944
Chicago, IL 60604
*Krista_Burgeson@ilnd.uscourts.gov*

MAY 1 1 2011

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

| Date: | Invoice No. |
|-------|-------------|
| 05-11-2011 | 00051011 |

Telephone: (312) 435-5567
FAX (847) 998-9783
Tax I.D.:

| BILLED TO: | CASE CAPTION |
|------------|--------------|
| Ashley C. Kosztya<br>City of Chicago-Department of Law<br>Individual Defense Litigation<br>30 North LaSalle Street, Suite 1400<br>Chicago, IL 60602 | 07-CV-06754<br><br>Jonathan Hadnott<br>vs.<br>City of Chicago, et al. |

| DESCRIPTION |
|-------------|

DEPOSIT CHECK for daily copy excerpts during trial in Hadnott vs. City,
07-CV-06754, scheduled before the Honorable Judge Edmond E. Chang, and set to
begin on Tuesday, May 31st, 2011.

*5-11-11*
*OK to Pay*
*ACC Kosztya*

*Hadnott v. Kelly, et al.*
*07 C6754*

|  |  |  |
|--|--|--|
|  | Invoice Total: |  |
| Deposit Date: 05-11-2011 | Deposit Amount: | 1,000.00 |
|  | Amount Paid: |  |
|  | Balance Due: |  |

LMSoftware, Inc., 2002-03-04

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20100995

## MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| Ashley C. Kosztya<br>City of Chicago-Department of Law<br>Individual Defense Litigation<br>30 North LaSalle Street, Suite 1400<br>Chicago, IL 60602 | KRISTA FLYNN BURGESON, CSR RMR CRR<br>Federal Official Court Reporter<br>219 South Dearborn Street<br>Room 1944<br>Chicago, IL 60604 |
| Phone: (312) 744-2837<br>FAX: (312) 744-6566<br><br>glyanow@cityofchicago.org | Phone: (312) 435-5567<br>FAX (847) 908-9783<br>Tax ID:<br>Krista_Burgeson@ilnd.uscourts.gov |

| | | DATE ORDERED: 05-09-2011 | DATE DELIVERED: 05-09-2011 |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | | |

**Case Style:** 07 C 6754, Hadnott v City of Chicago

```
Transcript of Proceedings before Judge Edmond E. Chang on 4-28-11.
Original printed transcript and emailed PDF file.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 14 | 4.85 | 67.90 | 14 | 0.90 | 12.60 | | | | 80.50 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 80.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| Date Paid:     Amt:     TOTAL DUE: | $80.50 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE *Krista Burgeson* | DATE 5-9-11 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

UNITED STATES DISTRICT COURT
For the Northern District of Illinois

I N V O I C E

TO:                              NOTE: Make check payable to:

IRENE KATHERINE DYMKAR           Riki Schatell
Attorney at Law                  6033 N. Sheridan Road, #28-K
    300 West Adams Street            Chicago, IL  60660

Suite 330
Chicago, IL  60606               Telephone 773/728-7281

Sent e-mail to:  dymkar@Ameritech.net

TRANSCRIPTS: _____  CRIMINAL _____ X _____ CIVIL

DATE ORDERED: ___9-05-08___   DATE DELIVERED: ___9-9-08___
Hadnott vs. Kelly, et al., 07-cv-6754, copy of hearing of 8-27-08 and
original hearing of 8-12-08 before Mag. Judge Schenkier

|       |       | ORIGINAL |     | CHARGES 1ST COPY | | | ADD'L COPIES | | | CHARGES |
|-------|-------|----------|-----|-------|-------|-----|-------|-------|-----|---------|
|       | Pages | Price | Sub | Pages | Price | Sub | Pages | Price | Sub | |
| Exptd | 20 | $6.05 | | 13 | $ .90 | | | | | $ 11.70 121.00 |

Total_____$132.70

Discount for Late Delivery_____

Less amount of Deposit_____

TOTAL REFUNDED_____

TOTAL DUE_____$132.70

CERTIFICATION

I certify that the transcript fee charged and page format used comply with
the requirements of this court and the Judicial Conference of the United
States.

/s/  Riki Schatell            Date:   September 9, 2008

UNITED STATES DISTRICT COURT
For the Northern District of Illinois

I N V O I C E

TO:                              NOTE: Make check payable to:

ASHLEY KOSZTYA                   Riki Schatell
Attorney at Law                  6033 N. Sheridan Road, #28-K
     City of Chicago             Chicago, IL  60660

                                 Telephone 773/728-7281

Sent e-mail to:

TRANSCRIPTS: _____ CRIMINAL _____X_____ CIVIL

DATE ORDERED: ___11-10-08___  DATE DELIVERED: ___11-17-08___
Hadnott vs. Kelly, et al., 07-cv-6754, Hearing of 5-15-08 before Mag.
Judge Schenkier

|  | ORIGINAL | | | CHARGES 1ST COPY | | | ADD'L COPIES | | | CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Pages | Price | Sub | Pages | Price | Sub | Pages | Price | Sub | |
| EXPTD |  |  |  | 20 | $ .90 |  |  |  |  | $ 18.00 |

Total_____$ 18.00

Discount for Late Delivery_____

Less amount of Deposit_____

TOTAL REFUNDED_____

TOTAL DUE_____$ 18.00

CERTIFICATION

I certify that the transcript fee charged and page format used comply with
the requirements of this court and the Judicial Conference of the United
States.

/s/  Riki Schatell              Date:   November 17, 2008

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# FILE COPY

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/10/2011 | 43696 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois  60602
Attn:Adrian Martin

CASE INFO
Jonathan Hadnott
vs.
City of Chicago, et al
07 C 6754

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 257.00 |
| 6% Reduction | -15.42 |
| Witness fees advanced | 64.00 |
| Fuel Surcharge | 12.00 |

Subpoena
Calvin Hadnott
Calls at address given in Palos Hills on May 20, 27, 29 & June 1.

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**     $317.58

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/26/2009 | 36610 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois  60602
Attn:Gail Reich

CASE INFO
Jonathan Hadnott, et al.
vs.
City of Chicago, et al.
07 C 6754

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 135.00 |

Subpoena
Calvin Hadnott
Call at address given in Chicago on January 24.
Rush.

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**

$135.00

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/3/2009 | 36696 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attn:Gail Reich

CASE INFO
Jonathan Hadnott, et al.
vs.
City of Chicago, et al.
07 C 6754

RECEIVED 2009 FEB 23 PM 3:58 BY IN IL DEFENSE LITIGATION

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 141.50 |
| Witness fees advanced | 47.76 |
| Subpoena | |
| Calvin Hadnott | |
| Call at address given in Palos Hills on January 30 | |

*[handwritten: Gail Reich 2/3/09 Police FCRL Hadnott v. City 07 C 6754]*

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total** $189.26

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/10/2009 | 36772 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attn:Adrian Martin

CASE INFO
Jonathan Hadnott, et al.
vs.
City of Chicago, et al.
07 C 6754

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Services Rendered | 1. Case Name: _Jonathan Hadnott_ | 167.00 |
| | 2. Case Number: _07 C 6754_ | |
| Witness fees advanced | 3. Client Dept: _CPD_ | 45.00 |
| | 4. Atty Signature: _Mary M₂_ | |
| Subpoena | 5. Date Approved: _2/23/09_ | |
| Substitute Teachers Unlimited | 6. Law Dept. Division: _FCRWD_ | |
| Call at address given in Warren, MI | | |
| FedEx. | FEB 1 8 2009 | |

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total** $212.00

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/28/2009 | 39019 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois  60602
Attn:Adrian Martin

CASE INFO
Jonathan Hadnott, et al.
vs.
City of Chicago, et al
07 C 6754

**DESCRIPTION**

1. Case Name: *Hadnott*
2. Case Number: *07C6754*
3. Client Dept: *CPD*
4. Atty Signature: *[signature]*
5. Date Approved: *11-2-09*
6. Law Dept. Division: *FCRLD*

OCT 3 0 2009

AMOUNT

Services Rendered

Subpoena
Sadie Tyler
Calls at address given in Chicago on October 14, 15, 16, 18 & 19.
Rush.

277.00

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**

$277.00

# LaSalle Process Servers L.P.

# Invoice

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

| DATE | INVOICE # |
|---|---|
| 10/30/2009 | 39033 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attn:Ashley Kosztya

CASE INFO
Jonathan Hadnott, et al.
vs.
City of Chicago, et al.
07 C 6754

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 87.00 |
| Witness fees advanced | 51.70 |
| Subpoena | |
| Sadie Tyler | |
| Call at address given in Chicago on Ocotber 28. | |

1. Case Name: *Hadnott*
2. Case Number: *0 7 C 6 754*
3. Client Dept: *CPD*
4. Atty Signature: *[signature]*
5. Date Approved: *11-2-09*
6. Law Dept. Division: *FCRLD*

OCT 3 0 2009

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total** $138.70

# INVOICE



JENSEN REPORTING

*Whenever you need it, Whatever it takes*

205 West Randolph Street, 5th Floor • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (312) 236-6968
www.jensenreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 167816 | 9/11/2008 | 48482 |
| **Job Date** | **Case No.** | |
| 8/19/2008 | 06 C 6754 | |
| **Case Name** | | |
| Hadnott vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Ashley Kosztya
City of Chicago
30 North LaSalle Street
Suite 1020
Chicago, IL

RECEIVED
DEC 0 5 2008
CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

ORIGINAL TRANSCRIPT OF:

Michael Kelly

    Condensed Transcript

    Courier

Delivered on 9-11-08

| | | |
|---|---|---|
| 155.00 Pages | | 519.25 |
| | | 25.00 |
| | | 10.00 |
| **TOTAL DUE >>>** | | **$554.25** |
| (-) Payments/Credits: | | 0.00 |
| (+) Finance Charges/Debits: | | 0.00 |
| (=) New Balance: | | 554.25 |

*ACC Kosztya*
*Hadnott v-City*
*07 C 6754*

**Tax ID:** 36-3811129

Phone: 312-744-1020   Fax:

*Please detach bottom portion and return with payment.*

Ashley Kosztya
City of Chicago
30 North LaSalle Street
Suite 1020
Chicago, IL

| | | |
|---|---|---|
| Job No. | : 48482 | BU ID : 1-MAIN |
| Case No. | : 06 C 6754 | |
| Case Name | : Hadnott vs. City of Chicago | |
| Invoice No. | : 167816 | Invoice Date : 9/11/2008 |
| **Total Due** | : **$554.25** | |

<u>**PAYMENT WITH CREDIT CARD**</u>       

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **Jensen Reporting**
          **205 West Randolph Street, 5th Floor**
          **Chicago, IL 60606**

# INVOICE

## JENSEN ▮ REPORTING

*Whenever you need it. Whatever it takes.*

205 West Randolph Street, 5th Floor • Chicago, Illinois 60606
Phone: (312) 236-6936 • Fax: (31~~212~~~~236~~~~6981~~
www.jensenreporting.com

2009 JAN 21 AM 11: 16

BY:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 175376 | 1/19/2009 | 51199 |
| **Job Date** | **Case No.** | |
| 11/21/2008 | 0~~7~~ C 6754 | |
| **Case Name** | | |
| Hadnott vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

| | |
|---|---|
| ORIGINAL TRANSCRIPT OF: | 459.54 |
| Marc Jarocki | |
| ORIGINAL TRANSCRIPT OF: | 269.10 |
| Patrick Gilmore | |
| | **TOTAL DUE >>>**     **$728.64** |

Pages: Marc Jarocki (111) & Patrick Gilmore (65)

** 7-Day Delivery **

Ordered on 1-8-09
Delivered on 1-16-09

*[handwritten: Gail Reich    ok    Naomi ave    1/27/09]*
*[handwritten: 07 C 6754]*
*[handwritten: Police]*
*[handwritten: FCRL]*
*[handwritten: 11/22/09]*
*[handwritten: Hadnott v.]*
*[handwritten: City]*

Phone: 312-742-4833    Fax:

**Tax ID:** 36-3811129

*Please detach bottom portion and return with payment.*

Gail Reich
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

| | | | |
|---|---|---|---|
| Job No. | : 51199 | BU ID | : 1-MAIN |
| Case No. | : 06 C 6754 | | |
| Case Name | : Hadnott vs. City of Chicago | | |

| | | | |
|---|---|---|---|
| Invoice No. | : 175376 | Invoice Date | : 1/19/2009 |
| **Total Due** | : **$ 728.64** | | |

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:     Phone#:

Billing Address:

Zip:     Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Jensen Reporting**
**205 West Randolph Street, 5th Floor**
**Chicago, IL 60606**



# UBA

# URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM |
|---|
| MS. GAIL REICH<br>ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502 |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 70349 | 1/30/2009 | 300 |

| TOTAL | $325.00 | PAYABLE UPON<br>RECEIPT |
|---|---|---|

| CAUSE |
|---|

**HADNOTT v. CITY OF CHICAGO**

| 07 C 6754 | JONATHAN HADNOTT, VOL I | 01/26/2009 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. GAIL REICH<br><br>CITY ATTENDANCE W/NO WRITE<br>01/26/2009  DEPOSITION OF JONATHAN HADNOTT,<br>VOLUME I | 6.5 | 50.00 | 325.00 |

1. Case Name: _Jonathan Hadnott_
2. Case Number: _07C 6754_
3. Client Dept: _CPD_
4. Atty Signature: _Marc Ar___
5. Date Approved: _2/10/09_
6. Law Dept. Division: FC-IL  **FEB 0 9 2009**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>70349 | *PAYABLE<br>UPON<br>RECEIPT* | Total | $325.00 |
|---|---|---|---|---|

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM | |
|---|---|
| MS. GAIL REICH<br>ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502 | |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 71025 | 4/17/2009 | 300 |

| TOTAL | $582.75 |
|---|---|

**PAYABLE  UPON
RECEIPT**

## CAUSE

HADNOTT v. CITY OF CHICAGO

| 07 C 6754 | JONATHAN HADNOTT, VOL I | 01/26/2009 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. GAIL REICH | | | |
| CITY TRANSCRIPT COPY<br>01/26/09  DEPOSITION OF JONATHAN HADNOTT, VOL I | 259 | 2.25 | 582.75 |

1. Case Name: _Jonathan Hadnott_
2. Case Number: _07 C 6754_
3. Client Dept: _CPD_
4. Atty Signature: _Ngai Nei_
5. Date Approved: _4/20/09_
6. Law Dept. Division: _FCRLD_

APR 2 2 2009

**225 ILCS 415/28** "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>71025 | *PAYABLE<br>UPON<br>RECEIPT* | Total   $582.75 |
|---|---|---|---|

E-mail  info@urlaubbowen.com     Web Site  www.urlaubbowen.com

 

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260 CHICAGO, ILLINOIS 60602
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

| FIRM |
| --- |
| MS. GAIL REICH |
| ASSISTANT CORPORATION COUNSEL |
| INDIVIDUAL DEFENSE LITIGATION |
| 30 N LASALLE ST STE 1400 |
| CHICAGO, IL 60602-2502 |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
| --- | --- | --- |
| 70582 | 2/20/2009 | 300 |

| TOTAL | $200.00 | PAYABLE UPON RECEIPT |
| --- | --- | --- |

## CAUSE

**HADNOTT v. CITY OF CHICAGO**

07 C 6754          CALVIN & JESSIE HADNOTT          02/11/2009

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
| --- | --- | --- | --- |
| MS. GAIL REICH | | | |
| CITY ATTENDANCE W/NO WRITE | 4 | 50.00 | 200.00 |
| 02/11/2009 DEPOSITIONS OF CALVIN & JESSIE HADNOTT | | | |

1. Case Name: _Jonathan Hadnott_
2. Case Number: _07 C 6754_
3. Client Dept: _CPD_
4. Atty Signature: _Jami Ave_
5. Date Approved: _2/27/09_
6. Law Dept. Division: _Fed D_

FEB 25 2009

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>70582 | **PAYABLE UPON RECEIPT** | Total | **$200.00** |
| --- | --- | --- | --- | --- |

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM |
| --- |
| MS. GAIL REICH<br>ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502 |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
| --- | --- | --- |
| 72364 | 9/24/2009 | 300 |

| TOTAL | $519.50 |
| --- | --- |

**PAYABLE  UPON
RECEIPT**

## CAUSE

HADNOTT v. CITY OF CHICAGO

07 C 6754          CALVIN HADNOTT                    02/11/2009

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
| --- | --- | --- | --- |
| MS. GAIL REICH | | | |
| CITY TRANSCRIPT ORIGINAL EXPEDITED | 114 | 4.65 | 530.10 |
| 02/11/2009  DEPOSITION OF CALVIN HADNOTT | | | |
| CITY OF CHICAGO 2% PRICE REDUCTION | | 2.00% | -10.60 |

1. Case Name: _Jonathan Hadnott_
2. Case Number: _07C6754_
3. Client Dept: _CPD_
4. Atty Signature: _Mary C._
5. Date Approved: _9/29/09_
6. Law Dept. Division: _FCPLD_

SEP 2 9 2009

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>72364 | *PAYABLE<br>UPON<br>RECEIPT* | Total | $519.50 |
| --- | --- | --- | --- | --- |

E-mail   info@urlaubbowen.com          Web Site   www.urlaubbowen.com

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

# Invoice

| FIRM |
|------|
| MS. GAIL REICH<br>ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502 |

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 71037 | 4/20/2009 | 300 |

| TOTAL | $981.75 | PAYABLE UPON RECEIPT |
|-------|---------|----------------------|

## CAUSE

HADNOTT v. CITY OF CHICAGO

| 07 C 6754 | BRANDELL BETTES | 03/05/2009 |
|-----------|-----------------|------------|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| MS. GAIL REICH<br><br>CITY TRANSCRIPT ORIGINAL<br>03/05/2009 DEPOSITION OF BRANDELL EMELL BETTS | 231 | 4.25 | 981.75 |

1. Case Name: *Jonathan Hadnott*
2. Case Number: *07C6754*
3. Client Dept: *CPD*
4. Atty Signature: *[signature]*
5. Date Approved: *4/30/09*
6. Law Dept. Division: *FCRLD*

APR 2 8 2009

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>71037 | *PAYABLE UPON RECEIPT* | Total | $981.75 |
|---|---|---|---|---|

E-mail  info@urlaubbowen.com          Web Site   www.urlaubbowen.com

 

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

MS. GAIL REICH
ASSISTANT CORPORATION COUNSEL
INDIVIDUAL DEFENSE LITIGATION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602-2502

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 70779 | 3/16/2009 | 300 |

| TOTAL | $275.00 | PAYABLE UPON RECEIPT |
|---|---|---|

| Case Name | CAUSE |
|---|---|
| HADNOTT v. CITY OF C... | |

| 07 C 6754 | BRANDELL BETTES | 03/05/2009 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. GAIL REICH | | | |
| CITY ATTENDANCE W/NO WRITE | 5.5 | 50.00 | 275.00 |
| 03/05/2009  DEPOSITION OF BRANDELL BETTES | | | |

1. Case Name: *Jonathan Hadnott*
2. Case Number: *07C6754*
3. Client Dept: *CPD*
4. Atty Signature: *Megan Age*
5. Date Approved: *3/31/09*
6. Law Dept. Division: *FCRLD*

MAR 2 5 2009

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 70779 | PAYABLE UPON RECEIPT | Total | $275.00 |
|---|---|---|---|---|

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

 

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228.

| FIRM |
|---|
| MS. GAIL REICH<br>ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502 |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 71046 | 4/24/2009 | 300 |

| TOTAL | $297.00 |
|---|---|

**PAYABLE  UPON
RECEIPT**

## CAUSE

HADNOTT v. CITY OF CHICAGO

| 07 C 6754 | KEVIN HUNT | 03/09/2009 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. GAIL REICH | | | |
| CITY TRANSCRIPT COPY<br>03/09/2009  DEPOSITION OF KEVIN HUNT | 132 | 2.25 | 297.00 |

1. Case Name: _Jonathan Hadnott_
2. Case Number: _07C6754_
3. Client Dept: _CPD_
4. Atty Signature: _neong ae_
5. Date Approved: _5/11/09_
6. Law Dept. Division: _FCLU_

MAY 0 5 2009

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>71046 | *PAYABLE*<br>*UPON*<br>*RECEIPT* | Total | $297.00 |
|---|---|---|---|---|

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM | |
| --- | --- |
| MS. GAIL REICH<br>ASSISTANT CORPORATION COUNSEL<br>INDIVIDUAL DEFENSE LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502 | |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
| --- | --- | --- |
| 70740 | 3/13/2009 | 300 |

| TOTAL | $200.00 |
| --- | --- |

**PAYABLE UPON RECEIPT**

## CAUSE

**HADNOTT v. CITY OF CHICAGO**

07 C 6754                KEVIN HUNT                                    03/09/2009

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
| --- | --- | --- | --- |
| MS. GAIL REICH<br><br>CITY ATTENDANCE W/NO WRITE<br>03/09/209  DEPOSITION OF KEVIN HUNT | 4 | 50.00 | 200.00 |

1. Case Name: _Jonathan Hadnott_
2. Case Number: _07C6754_
3. Client Dept: _CPD_
4. Atty Signature: _nay ae_
5. Date Approved: _3/31/09_
6. Law Dept. Division: _FCRCO_

MAR 1 8 2009

---

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>70740 | **PAYABLE UPON RECEIPT** | **Total**   $200.00 |
| --- | --- | --- | --- |

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

# Invoice

| FIRM |
|------|
| MS. GAIL REICH<br>ASSISTANT CORPORATION COUNSEL<br>FEDERAL CIVIL RIGHTS LITIGATION DIVISION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602-2502 |

| INVOICE # | DATE | ACCOUNT # |
|-----------|------|-----------|
| 71074 | 4/29/2009 | 300 |

| TOTAL | $544.00 | PAYABLE UPON RECEIPT |
|-------|---------|----------------------|

## CAUSE

HADNOTT v. CITY OF CHICAGO

07 C 6754          J.HADNOTT, VOL II & JESSIE H          03/10/2009

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|-------------|----------|-----------|---------------|
| MS. GAIL REICH<br><br>CITY TRANSCRIPT ORIGINAL<br>03/10/09  DEPOSITION OF JESSIE PEARL HADNOTT | 128 | 4.25 | 544.00 |

1. Case Name: *Jonathan Hadnott*
2. Case Number: *07C6754*
3. Client Dept: *CPD*
4. Atty Signature: *[signature]*
5. Date Approved: *5/11/09*
6. Law Dept. Division: *FCRLD*

MAY 0 5 2009

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>71074 | *PAYABLE UPON RECEIPT* | Total | $544.00 |
|---|---|---|---|---|

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

  

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| INVOICE NO: | 20101027 |
|---|---|

**MAKE CHECKS PAYABLE TO:**

Ashley C. Kosztya
City of Chicago-Department of Law
Individual Defense Litigation
30 North LaSalle Street, Suite 1400
Chicago, IL 60602

Phone:   (312) 744-2837
FAX:      (312) 744-6566

glyanow@cityofchicago.org

KRISTA FLYNN BURGESON, CSR RMR CRR
Federal Official Court Reporter
219 South Dearborn Street
Room 1944
Chicago, IL 60604

Phone:   (312) 435-5567
FAX      (847) 998-9783
Tax ID:
Krista_Burgeson@ilnd.uscourts.gov

| ☐ CRIMINAL   X CIVIL | DATE ORDERED: 05-26-2011 | DATE DELIVERED: 05-26-2011 |
|---|---|---|

**Case Style:** 07 C 6754, Hadnott v City of Chicago

Transcript of Proceedings of Motions heard before Judge Edmond E. Chang
on 5-25-2011.
Daily copy delivery of original printed trans and emailed PDF file.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 40 | 7.25 | 290.00 | | | | | | | 290.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 290.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Check No: d/n/r**      **Date Paid:** 05-25-2011      **Amt: $290.00** | TOTAL DUE: | $0.00 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

# STATEMENT

JENSEN REPORTING
*Whenever you need it. Whatever it takes.*
Worldwide Coverage
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenreporting.com

JUN 28 AM 10: 44

| Account No. | Date |
|---|---|
| C24222 | 6/24/2011 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $135.20 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$135.20** |

Adrian Martin
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 5/20/2011 | 221160 | 135.20 | 12/15/2009 | Cynthia Herzberger (Original) | Hadnott vs. City of Chicago |

**Tax ID:** 36-3811129

Phone: 312-744-4833    Fax:

*Please detach bottom portion and return with payment.*

Adrian Martin
City of Chicago Law Department
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

Account No.  :  C24222
Date  :  6/24/2011

**Total Due**  :  **$ 135.20**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Jensen Reporting**
**205 West Randolph Street, 5th Floor**
**Chicago, IL 60606**